# Exhibit B

# In The Matter Of:

*Mark Webb, et al. v.*
*Volvo Cars of N.A., LLC, et al.*

---

*Leo Werberg*
*February 26, 2013*

---

**NEXTGEN|REPORTING**
Making Litigation Easier.   www.nextgenreporting.com
WORLDWIDE COVERAGE I (888) 267-1200   PHILADELPHIA I NEW YORK CITY I WILMINGTON I SILICON VALLEY

*Min-U-Script® with Word Index*

| Mark Webb, et al. v. | Leo Werberg |
|---|---|
| Volvo Cars of N.A., LLC, et al. | February 26, 2013 |

SUBJECT TO PROTECTIVE ORDER                             Page 97

1  statements which I dispute --
2      MR. MALOFIY: Well, let me break
3  it down.
4      MR. WICKERSHAM: Let the witness
5  answer.
6      THE WITNESS: You've just made
7  many statements with which I would
8  dispute --
9      MR. MALOFIY: Okay.
10     THE WITNESS: -- most, if not
11 all. If you have a specific question, I'm
12 more than happy to answer; that's what I'm
13 here to do.
14     BY MR. MALOFIY:
15 Q. Besides the Volvo 850 GLT, which
16 you've identified on Werberg-11 from the script
17 on the back of the picture, at the bottom-most
18 portion, are you able to identify any other
19 make or model Volvo on Werberg-11?
20     MR. WICKERSHAM: Form objection.
21     THE WITNESS: Werberg-11 appears
22 to be... very similar to Werberg-10, with
23 the addition of some information.
24

SUBJECT TO PROTECTIVE ORDER                             Page 98

1      BY MR. MALOFIY:
2  Q. That's not my question, if it appears
3  to be similar. I didn't ask you if it appears
4  to be similar; I didn't ask you if it has
5  additional information.
6      My question -- my question was: Can
7  you identify any other make or model on
8  Werberg-11 other than the Volvo 850 GLT, which
9  you have previously identified from the script
10 on the back of the Volvo?
11     MR. WICKERSHAM: Form objection.
12     THE WITNESS: There could be one
13 of many models represented by the
14 illustration. There is additional
15 information on this exhibit, Werberg-11,
16 compared with the previous exhibit,
17 Werberg-10. That additional information
18 appears to indicate what vehicle is in the
19 illustration.
20     BY MR. MALOFIY:
21 Q. Does it indicate the make, that
22 additional information; does it give you the
23 make of that additional information?
24 A. The additional information --

SUBJECT TO PROTECTIVE ORDER                             Page 99

1  Q. What's it state? Maybe that's easier
2  just for the record. What's the additional
3  information stated on Werberg-11? And if you
4  would, I'll hand you my pen, and you can circle
5  it, sir.
6  A. To answer that, I'd have to look at
7  Werberg-10, but you got visibly upset last time
8  I did that, so I'm going to reach out now and
9  grab Werberg-10 if you're going to answer --
10 ask me that question again.
11 Q. Well, let me do this. Let me identify
12 the yellow, uh, heading on top of the
13 illustration.
14 A. Please do, please do.
15 Q. I'm going to circle this.
16 A. Please do.
17 Q. And I believe this was what you were
18 referring to.
19 A. Yes.
20 Q. Is that the additional piece of
21 information which you're referring to, which
22 your counsel coached you on by identifying this
23 as the additional yellow bar with information
24 on it?

SUBJECT TO PROTECTIVE ORDER                             Page 100

1      MR. WICKERSHAM: Form objection.
2      THE WITNESS: Please state your
3  question.
4      BY MR. MALOFIY:
5  Q. Yes. Can you please read the
6  additional information which we're discussing
7  into the record? What's it say?
8  A. Are you asking me to read what you've
9  circled on the document?
10 Q. Sure.
11 A. Yes, I can do that.
12 Q. Go ahead.
13 A. It says, "900 Series Side Impact
14 Presentation System."
15 Q. Okay. Does it provide the make where
16 it reads -- when you read that, does that
17 identify the make of this 900-series side
18 impact protection, yes or no?
19     Can you tell me, or can you circle,
20 the make of that Volvo 900-series -- excuse me,
21 of the 900-series side impact protection
22 system?
23 A. The information that you've circled
24 here, in this exhibit, states, "900 Series Side

Mark Webb, et al. v.
Volvo Cars of N.A., LLC, et al.

Leo Werberg
February 26, 2013

**SUBJECT TO PROTECTIVE ORDER**  Page 101

1   Impact Presentation System."
2   Q.  Does it identify the make --
3   A.  I wasn't quite finished.
4       It states, "900 Series Side Impact
5   Protection System"; nothing more, nothing less.
6   That's exactly what's stated in the circle
7   you've drawn on this exhibit.
8   Q.  And it doesn't identify the make as
9   being Volvo, correct?
10  A.  What you've circled here does not
11  state anything about a -- a make.
12  Q.  How about what I circled there and the
13  illustration below it, the heading and the
14  illustration, does that identify this
15  illustration being a Volvo?
16  A.  Which heading are you referring to?
17  Q.  The one we circled, sir. The one that
18  reads, "900 Series Side Impact Protection
19  System." And that has an illustration which
20  we've been talking about throughout the course
21  of this morning.
22      Anywhere on that illustration or on
23  that heading, does it identify Volvo?
24      MR. WICKERSHAM: Form objection.

**SUBJECT TO PROTECTIVE ORDER**  Page 102

1       THE WITNESS: This document has a
2   main heading, not the one you've circled.
3       BY MR. MALOFIY:
4   Q.  Yeah, that's not what I'm referring
5   to.
6   A.  There's a main heading, and that says,
7   "Insist on Genuine Volvo Body Parts."
8       So anyone continuing to read this
9   document would, of course, make the conclusion
10  that it has something to do with Volvo and not
11  some other make of vehicle.
12  Q.  Okay, okay. So anyone would come to
13  the conclusion that the cars depicted in this
14  Werberg-11 are Volvos, correct?
15      MR. WICKERSHAM: Form objection.
16      BY MR. MALOFIY:
17  Q.  I'm just trying to follow your
18  thoughts there, sir.
19  A.  It states, "Insist on genuine Volvo
20  body parts." It states, "Over the years, Volvo
21  has built a reputation for safe, reliable,
22  long-lasting cars."
23  Q.  We don't have to read it into the
24  record; that's not the purpose of my

**SUBJECT TO PROTECTIVE ORDER**  Page 103

1   questioning.
2   A.  So one looking at this document would
3   assume that it's discussing Volvo Cars and not
4   some other make of car.
5   Q.  Did the Volvo ever make a 900-series
6   model specifically?
7   A.  Volvo Car Corporation produced a 900-
8   series model.
9   Q.  Was it called a 900 series model, or
10  was it called a 940 or a 960 specifically? Did
11  you ever a car that was called "Volvo 900
12  series," or is that the term that's used for
13  that platform?
14      MR. WICKERSHAM: Form objection.
15      THE WITNESS: The term "900
16  series" is used to describe a number of
17  models.
18      BY MR. MALOFIY:
19  Q.  Okay. What models?
20  A.  For example, the 940 and the 960.
21  Q.  So was there ever a Volvo model that
22  said "900," 9-0-0, on it? Have you ever seen
23  that? Ever.
24  A.  I'm not aware of a model called "The

**SUBJECT TO PROTECTIVE ORDER**  Page 104

1   900," as you said. I'm aware of the Volvo 900-
2   series, as it's stated here.
3   Q.  The 900 series, but you're not aware
4   of a model with 9-0-0, correct?
5   A.  This illustration does not seem to be
6   about a specific car model.
7   Q.  All right.
8   A.  As we discussed earlier, the
9   illustration is clearly trying to point out
10  something very specific --
11  Q.  Yes.
12  A.  -- some sort of flow. It has a large
13  yellow arrow. Then it has many -- I don't know
14  exactly how many -- smaller yellow arrows.
15  Q.  Yes. Let me ask you my questions more
16  specifically. Volvo never manufactured a 900;
17  there was never a 900 model ever manufactured,
18  correct?
19      MR. WICKERSHAM: Form objection.
20      BY MR. MALOFIY:
21  Q.  That you're aware of?
22  A.  I'm not a hundred percent aware of
23  every model ever designed and manufactured by
24  Volvo Car Corporation.