UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK WEBB AND ANA WEBB<br>Individually and on behalf of all others similarly situated,<br>    *Plaintiffs*<br><br>V.<br><br>VOLVO CARS OF N.A., LLC<br>    *and*<br>VOLVO CAR CORPORATION<br>    *and*<br>VOLVO CAR UK LIMITED<br>    *and*<br>VOLVO CARS OF N.A., INC.<br>    *Defendants* | CIVIL ACTION NO.: 13-2394<br><br>*JURY TRIAL DEMANDED* |

## ORDER

AND NOW, this 13th day of November, 2013, it is hereby GRANTED that Plaintiffs be allowed to allowed to file a SUR-REPLY IN OPPOSITION TO THE MOTION OF VOLVO CAR UK LIMITED'S TO DISMISS AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(B)(2).

AND IT IS SO ORDERED.

_____
MICHAEL M. BAYLSON, J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK WEBB AND ANA WEBB<br>Individually and on behalf of all others similarly situated,<br>    *Plaintiffs*<br><br>V.<br><br>VOLVO CARS OF N.A., LLC<br>    *and*<br>VOLVO CAR CORPORATION<br>    *and*<br>VOLVO CAR UK LIMITED<br>    *and*<br>VOLVO CARS OF N.A., INC.<br>    *Defendants* | CIVIL ACTION NO.: 13-2394<br><br>JURY TRIAL DEMANDED |

## Plaintiffs' Motion for Leave to File a Sur-Reply In Opposition to the Motion of Volvo Car UK Limited to Dismiss Amended Complaint for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2)

Plaintiffs Mark and Ana Webb, individually and on behalf of all others similarly situated, respectfully move for leave to file a Sur-Reply in opposition to the Motion of Defendant Volvo Car UK Limited (VCUK) to Dismiss the Amended Complaint for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2).

1. On October 3, 2013, Defendant VCUK filed its Motion to Dismiss the Amended Complaint.

2. On October 21, 2013, Plaintiffs filed their Response.

3. On November 7, 2013, Defendant VCUK filed its Reply.

4. Pursuant to the Court's local rules, http://www.paed.uscourts.gov/documents/procedures/notices/baypol.pdf, a party must request permission before filing a Sur-Reply.

5. This Sur-Reply is sought because Defendant VCUK's Reply raises several novel legal and factual contentions that merit a response.

6. Plaintiffs' Sur-Reply will not exceed five pages.

7. Plaintiffs' Sur-Reply will be filed Thursday, November 14, 2013, at the latest.

WHEREFORE, Plaintiffs respectfully request leave to file a Sur-Reply to Defendant VCUK's Motion to Dismiss the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(2).

*****

*Respectfully submitted,*
FRANCIS ALEXANDER, LLC

/s/ Francis Malofiy
Francis Malofiy, Esquire
Attorney ID No.:  208494
The Beasley Building
1125 Walnut Street
Philadelphia, PA 19107
T:  (215) 500-1000
F:  (215) 500-1005
*Law Firm / Lawyer for Plaintiffs*

/d/ November 13, 2013

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing Plaintiffs' Sur-Reply in Opposition to the Motion of Volvo Car UK Limited to Dismiss for Lack of Personal Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2) was filed with the United States District Court Eastern District of Pennsylvania via the ECF Filing System:

Richard B. Wickersham, Jr., Esquire
Post & Schell, P.C.
Four Penn Center
1600 JFK BLVD. | 13th Floor
Philadelphia, PA 19103
T: (215) 587-6612
F: (215) 320-4875
E:  rwickersham@postschell.com

Peter W. Herzog, III, Esquire
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
T: (314) 259-2000
F: (314) 259-2020
E: pwherzog@bryancave.com

*****
*Respectfully submitted,*
Francis Alexander, LLC

/s/ Francis Malofiy
Francis Malofiy, Esquire
Attorney ID No.:  208494
The Beasley Building
1125 Walnut Street
Philadelphia, PA 19107
T:  (215) 500-1000
F:  (215) 500-1005
*Law Firm / Lawyer for Plaintiffs*

/d/ November 13, 2013