# Exhibit A

| | |
|---|---|
| MARK WEBB, Administrator for the Estate of redacted, deceased,<br><br>   Plaintiff,<br><br>   v.<br><br>VOLVO CAR CORPORATION, GRACO CHILDREN'S PRODUCTS, INC., and ANA WEBB,<br><br>   Defendants. | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>MAY TERM, 2011<br><br>NO. 0208 |

# VERDICT SLIP

QUESTION 1:

DO YOU FIND THE DESIGN OF THE VOLVO 850 TO BE DEFECTIVE BECAUSE OF THE LACK OF DOOR BARS IN THE REAR DOORS?

_____ Yes    __✓__ No

If your answer is "Yes," then go on to Question 2.

If your answer is "No," then proceed to Question 4.

QUESTION 2:

DO YOU FIND THAT AT THE TIME THE VOLVO 850 WAS DESIGNED, THERE EXISTED AN ALTERNATIVE, SAFER DESIGN THAT COULD HAVE BEEN INCORPORATED INTO THE VOLVO 850?

_____ Yes    _____ No

If your answer is "Yes," then go on to Question 3.

If your answer is "No," then proceed to Question 4.

QUESTION 3:

DO YOU FIND THE LACK OF A REAR DOOR BAR IN THE VOLVO 850 TO BE A FACTUAL CAUSE IN BRINGING ABOUT INCREASED INJURIES TO redacted THAT HE WOULD NOT HAVE SUFFERED IN THE ACCIDENT HAD THE ALTERNATIVE DESIGN BEEN USED IN THE VOLVO 850?

_____ Yes    _____ No

Proceed to Question 4.

2

QUESTION 4:

DO YOU FIND THE GRACO SNUGRIDE CAR SEAT TO BE DEFECTIVE BECAUSE OF THE LACK OF A PADDED HEAD RESTRAINT?

_____ Yes    __✓__ No

If your answer is "Yes," then go on to Question 5.

If your answer is "No," then proceed to Question 7.

QUESTION 5:

DO YOU FIND THAT AT THE TIME THE GRACO SNUGRIDE CAR SEAT WAS DESIGNED, THERE EXISTED AN ALTERNATIVE, SAFER DESIGN THAT COULD HAVE BEEN INCORPORATED INTO THE GRACO SNUGRIDE CAR SEAT?

_____ Yes    _____ No

If your answer is "Yes," then go on to Question 6.

If your answer is "No," proceed to Question 7.

QUESTION 6:

DO YOU FIND THE LACK OF A PADDED HEAD RESTRAINT IN THE GRACO SNUGRIDE CAR SEAT TO BE A FACTUAL CAUSE IN BRINGING ABOUT INCREASED INJURIES TO redacted THAT HE WOULD NOT HAVE SUFFERED IN THE ACCIDENT HAD THE ALTERNATIVE DESIGN BEEN USED IN THE GRACO SNUGRIDE CAR SEAT?

_____ Yes    _____ No

Proceed to 7.

3

QUESTION 7:

DO YOU FIND THAT ANA WEBB WAS NEGLIGENT?

_✓_ Yes  _____ No

If your answer is "Yes," then go on to Question 8.

If your answer is "No," proceed to Question 9.

QUESTION 8:

DO YOU FIND THAT ANA WEBB WAS A FACTUAL CAUSE IN BRINGING ABOUT POST-IMPACT ENHANCED INJURIES TO : redacted )?

_✓_ Yes  _____ No

Proceed to Question 9.

QUESTION 9:

STATE WHAT PORTION OF THE FATAL INJURIES SUSTAINED BY redacted RESULTED FROM THE NEGLIGENT CONDUCT OF ANA WEBB, IF ANY, AND WHAT PORTION THAT RESULTED FROM THE PRODUCT OR PRODUCTS, IF ANY, YOU FOUND TO BE DEFECTIVE:

| | |
|---|---|
| Ana Webb | 100 % |
| Volvo Car | 0 % |
| Graco | 0 % |
| TOTAL | 100% |

Proceed to Question 10.

4