# Exhibit B

1

```
             IN THE COURT OF COMMON PLEAS
         FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
                   CIVIL TRIAL DIVISION

                         - - -

MARK WEBB, ADMINISTRATOR    :   MAY TERM, 2011
FOR THE ESTATE OF SABINO    :
WEBB, DECEASED              :
                            :
                            :
     VS.                    :
                            :
                            :
VOLVO CARS OF NORTH         :
AMERICA, LLC, VOLVO CARS    :
CORPORATION, GRACO          :
CHILDREN'S PRODUCTS,        :
INC., WILLIAM JULILAN       :
AND ANA SOARES              :   NO. 0208


                         - - -

                      JURY TRIAL

                   MORNING SESSION

                         - - -

                   November 5, 2013

               Courtroom 483, City Hall

              Philadelphia, Pennsylvania

                         - - -

     BEFORE:  THE HONORABLE JOHN MILTON YOUNGE, J.

                         - - -
```

*GLENN KAPLAN, RPR-RMR*
*215-683-8023*

```
                                                                    2

 1                            - - -

 2   APPEARANCES:

 3
                 FRANCIS ALEXANDER, LLC
 4               BY:  FRANCIS ALEXANDER MALOFIY,
                 ESQUIRE
 5               Attorney for Plaintiff

 6               THE BEASLEY FIRM, LLC
                 BY:  MAXWELL S. KENNERLY, ESQUIRE
 7               1125 WALNUT STREET
                 PHILADELPHIA, PA 19107
 8               Attorney for Plaintiff

 9               POST & SCHELL, P.C.
                 BY:  RICHARD B. WICKERSHAM, JR.,
10               ESQUIRE
                 BY:  ROBERT J. BALCH, ESQUIRE
11               FOUR PENN CENTER
                 1600 JOHN J. KENNEDY BLVD., 13TH
12               FLOOR
                 PHILADELPHIA, PA  19103
13               Attorney for Defendant, Volvo Cars,
                 et al
14
                 SCHIFF HARDIN, LLP
15               BY:  JOSEPH J. KRASOVEC, ESQUIRE
                 BY:  HEIDI K. OERTLE, ESQUIRE
16               6600 SEARS TOWER
                 CHICAGO, IL  60606
17               Attorney for Defendant, GRACO
                 CHILDREN'S PRODUCTS, INC.
18
                 BENNETT BRICKLIN & SALTZBURG
19               BY:  DAVID C. RAY, ESQUIRE
                 960 HARVEST DRIVE
20               BUILDING B - SUITE 100
                 BLUE BELL, PA  19422
21               Attorney for William Julian

22               RYAN, BROWN, BERGER & GIBBONS, P.C.
                 BY:  LISA GOODISON FADEN, ESQUIRE
23               1600 MARKET STREET
                 14TH FLOOR
24               PHILADELPHIA, PA  19103
                 Attorney for William Julian
25
```

*GLENN KAPLAN, RPR-RMR*
*215-683-8023*

3

1                              - - -

2

3

4                              - - -

    Reported By:   Glenn Kaplan, RPR-RMR
5                  Official Court Reporter

6                              - - -

10:23AM

50

1                A. Webb - Direct Examination

11:22AM  2              MR. MALOFIY:  This book I believe came
11:22AM  3   from --
11:22AM  4              THE COURT:  Where did your client get
11:22AM  5   it from?
11:22AM  6              MR. MALOFIY:  Well, my client didn't
11:23AM  7   get it.
11:23AM  8              THE COURT:  Well, you're going to have
11:23AM  9   to acknowledge that also, counsel.  Your client
11:23AM 10   never had this book.
11:23AM 11              MR. MALOFIY:  She saw it once, she saw
11:23AM 12   the text at once --
11:23AM 13              THE COURT:  Where?
11:23AM 14              MR. MALOFIY:  She can testify, I don't
11:23AM 15   know.
11:23AM 16              THE COURT:  Yes, you do.  What do you
11:23AM 17   mean, you don't know?
11:23AM 18              MR. MALOFIY:  I am telling you --
11:23AM 19              THE COURT:  What do you mean you don't
11:23AM 20   know, you're her lawyer.  What do you mean she
11:23AM 21   doesn't know?  You know everything what your
11:23AM 22   client is going to say.
11:23AM 23              MR. MALOFIY:  I can't say everything.
11:23AM 24   I read an article from twenty years ago, I
11:23AM 25   can't say what I read, you know, any piece of

*51*

**A. Webb - Direct Examination**

11:23AM  literature. I know I read it, but I don't know
11:23AM  when. And that's -- it's a fair answer, it's a
11:23AM  fair answer for cross examination.
11:23AM        Mr. Wickersham is a tremendous lawyer,
11:23AM  he can go up there and say that hey, this is
11:23AM  Volvo's trademark, but hey, it doesn't mean
11:23AM  it's Volvo. He can say it's Volvo from UK, but
11:23AM  that's not us. And I am going to show your
11:23AM  corporate designation up there, it's a hundred
11:23AM  percent owned, managed and controlled. And Mr.
11:23AM  Wickersham is their lawyer, and he knows what's
11:23AM  goings on, and he knows it has been put out.
11:23AM  Did they do any recall, they do any corrective
11:23AM  action? And they say, hey, you can't come up
11:24AM  with this false add. He says, as long as we
11:24AM  put money in our pockets it's okay, the same
11:24AM  Volvo 850.
11:24AM        There's only one product that have
11:24AM  plaintiff's, it's the same product, Volvo,
11:24AM  Volvo, Volvo. No disclaimer, nothing else.
11:24AM  Not from this off ramp car, or repackaged car,
11:24AM  it's selling a Volvo. I mean I couldn't tell
11:24AM  you whether any book I read. I read Jerry
11:24AM  Francis book, I read any of these trial books.

52

A. Webb - Direct Examination

```
11:24AM   2   I couldn't tell you when I read them.  I know I
11:24AM   3   read them.  How can I say something from
11:24AM   4   ten years ago, does that time go into my
11:24AM   5   decision making progress, and pinpoint.
11:24AM   6           You know, Mrs. Webb knows that she was
11:24AM   7   going to be in an accident and loss her child,
11:24AM   8   and say it in a book?  No.  I think it's fair,
11:24AM   9   and Mr. Wickersham is a tremendous lawyer, he
11:24AM  10   could cross at his delight.  Cross, and say
11:24AM  11   that's not Volvo, that's some road company in
11:24AM  12   the UK he represented.  And he sign the
11:24AM  13   disclosures in Federal court saying, Volvo Cars
11:24AM  14   of UK, a hundred percent owned, operated,
11:25AM  15   controlled, managed, by who?  Volvo Car
11:25AM  16   Corporation.
11:25AM  17           They have a trademark?  Yes.  Did they
11:25AM  18   have to be allowed to be used the trademark?
11:25AM  19   Of course they did.  What are we, playing games
11:25AM  20   with this?  This is a joke.  It's a shame.
11:25AM  21           THE COURT:  Excuse me.  You know what,
11:25AM  22   you better be very careful.  Now, listen to
11:25AM  23   this nonsense that you talked about, you better
11:25AM  24   be very careful, you accuse this court of
11:25AM  25   playing games.  You run your mouth too much.
```

53

*A. Webb - Direct Examination*

| | | |
|---|---|---|
| 11:25AM | 2 | And sometimes you don't know when to stop, and |
| 11:25AM | 3 | you need to learn when to stop, because |
| 11:25AM | 4 | everybody is not going to take that from you. |
| 11:25AM | 5 |      MR. MALOFIY:  Yes, Your Honor. |
| 11:25AM | 6 |      THE COURT:  Somehow I think you think |
| 11:25AM | 7 | people are afraid of you or something.  I don't |
| 11:25AM | 8 | know, but you better be clear, I am not taking |
| 11:25AM | 9 | that.  Do not accuse me of playing games with |
| 11:25AM | 10 | you.  I don't play games. |
| 11:25AM | 11 |      MR. MALOFIY:  Just to be clear -- |
| 11:25AM | 12 |      THE COURT:  Excuse me.  I don't play |
| 11:25AM | 13 | games.  Be very careful when you start dealing |
| 11:25AM | 14 | with that kind of nonsense out of your mouth. |
| 11:25AM | 15 | Sometimes you don't know when to zip it, and |
| 11:25AM | 16 | you need to learn. |
| 11:25AM | 17 |      I will think about it.  But right now |
| 11:25AM | 18 | you can't tell me when your client ever saw |
| 11:26AM | 19 | this.  And I am not sure she ever did.  I am |
| 11:26AM | 20 | not sure she ever saw it. |
| 11:26AM | 21 |      MR. MALOFIY:  I don't know. |
| 11:26AM | 22 |      (A recess was called at 11:26 a.m.) |
| 11:36AM | 23 |      THE COURT:  Objection sustained.  You |
| 11:36AM | 24 | may be able to get this in through one of your |
| 11:36AM | 25 | experts, but not through this witness. |

54

**A. Webb - Cross Examination**

| | | |
|---|---|---|
| 11:36AM | 2 | You may have Mrs. Webb come back. |
| 11:36AM | 3 | Anyone going to get your witness? |
| 11:37AM | 4 | MR. MALOFIY: I am sorry. Yes. |
| 11:38AM | 5 | (The proceedings were recommenced at |
| 11:39AM | 6 | 11:38 a.m.) |
| 11:39AM | 7 | THE COURT: Proceed. |
| 11:39AM | 8 | MR. MALOFIY: No further questions of |
| 11:39AM | 9 | my witness. |
| 11:39AM | 10 | THE COURT: Cross examine. |
| 11:39AM | 11 | - - - |
| 11:39AM | 12 | CROSS-EXAMINATION |
| 11:39AM | 13 | - - - |
| 11:39AM | 14 | BY MR. WICKERSHAM: |
| 11:39AM | 15 | Q. Thank you. |
| 11:39AM | 16 | Good morning, Mrs. Webb? |
| 11:40AM | 17 | A. Good morning. |
| 11:40AM | 18 | Q. You don't recall me, my name is Bruce |
| 11:40AM | 19 | Wickersham, the attorney for Volvo. You and I first |
| 11:40AM | 20 | met when you came into answer questions about the |
| 11:40AM | 21 | accident before all the lawyers in July of 2012. Do |
| 11:40AM | 22 | you remember that? |
| 11:40AM | 23 | A. Yes. |
| 11:40AM | 24 | Miss Webb, obviously we have to talk a |
| 11:40AM | 25 | little bit about the accident that we're here for |