UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANA WEBB,<br>Individually and on behalf of all others similarly situated,<br>    *Plaintiffs*<br>    V.<br>VOLVO CARS OF N.A., LLC<br>    *and*<br>VOLVO CAR CORPORATION<br>    *and*<br>VOLVO CAR UK LIMITED<br>    *and*<br>VOLVO CARS OF N.A., INC.<br>    *Defendants.* | CIVIL ACTION NO.: 13-2394<br><br>*JURY TRIAL DEMANDED*<br><br>CLASS ACTION |

## PRAECIPE TO ATTACH VERIFICATION AND CERTIFICATION OF SERVICE TO SECOND AMENDED CLASS ACTION COMPLAINT

**TO THE CLERK:**

    Kindly attach the following Verification and Certification of Service to the Second Amended Class Action Complaint.

*****

*Respectfully submitted,*
FRANCIS ALEXANDER, LLC
/s/ Francis Malofiy
Francis Malofiy, Esquire
Attorney ID No.:   208494
The Beasley Building
1125 Walnut Street
Philadelphia, PA 19107
T:   (215) 500-1000
F:   (215) 500-1005
*Law Firm / Lawyer for Plaintiffs*
/d/ December 23, 2013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANA WEBB,<br>Individually and on behalf of all others similarly situated,<br>*Plaintiffs*<br><br>V.<br><br>VOLVO CARS OF N.A., LLC<br>*and*<br>VOLVO CAR CORPORATION<br>*and*<br>VOLVO CAR UK LIMITED<br>*and*<br>VOLVO CARS OF N.A., INC.<br>*Defendants.* | CIVIL ACTION NO.: 13-2394<br><br>JURY TRIAL DEMANDED<br><br>CLASS ACTION |

# VERIFICATION – ANA WEBB
# SECOND AMENDED CLASS ACTION COMPLAINT

I hereby state that I am the Plaintiff in this action and that the statements of fact made in the Second Amended Complaint are true and correct upon personal knowledge and to the best of my information and belief.

_____
Plaintiff - Ana Webb

## United States District Court
### Eastern District of Pennsylvania

| | |
|---|---|
| Ana Webb,<br>Individually and on behalf of all others similarly situated,<br>    *Plaintiffs*<br><br>V.<br><br>Volvo Cars of N.A., LLC<br>  *and*<br>Volvo Car Corporation<br>  *and*<br>Volvo Car UK Limited<br>  *and*<br>Volvo Cars of N.A., Inc.<br>    *Defendants.* | Civil Action No.: 13-2394<br><br>Jury Trial Demanded<br><br>Class Action |

# Certificate of Service
# Second Amended Class Action Complaint

I hereby certify that a true and correct copy of the foregoing Second Amended Class Action Complaint was filed via hand delivery with the United States District Court Eastern District of Pennsylvania on December 19, 2013 and subsequently served via the ECF Filing System:

Richard B. Wickersham, Jr., Esquire
Post & Schell, P.C.
Four Penn Center
1600 JFK BLVD. | 13th Floor
Philadelphia, PA 19103
T: (215) 587-6612
F: (215) 320-4875
E: rwickersham@postschell.com

Peter W. Herzog, III, Esquire
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
T: (314) 259-2000
F: (314) 259-2020
E: pwherzog@bryancave.com

*Respectfully submitted,*
FRANCIS ALEXANDER, LLC

<u>/s/ Francis Malofiy</u>
Francis Malofiy, Esquire
Attorney ID No.:   208494
The Beasley Building
1125 Walnut Street
Philadelphia, PA 19107
T:   (215) 500-1000
F:   (215) 500-1005
*Law Firm / Lawyer for Plaintiffs*

<u>/d/ December 23, 2013</u>