IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MARK WEBB, et al., | CIVIL ACTION |
|---|---|
| v. | NO. 13-cv-02394 |
| VOLVO CARS OF N.A., LLC, et al. | |

### ORDER

AND NOW, this 31st day of January, 2014, upon consideration of Defendants' Motion to Stay (ECF56), because of a very similar case in the Philadelphia Court of Common Pleas between most if not all of the same parties in which a jury rendered a verdict in favor of defendants Volvo Cars, et al. but final judgment has not been entered, it is hereby **ORDERED** that said Motion is **GRANTED**.  This case will be placed in **SUSPENSE**.

1. All proceedings are stayed until further Order of the Court;

2. The case shall be transferred to the Civil Suspense File;

2. The Clerk of the Court shall mark this case closed for statistical purposes;

3. The Court shall retain jurisdiction over the case and the case shall be returned to the Court's active docket in 365 days or upon further order of the Court; and

4. The entry of this Order shall not prejudice the rights of the parties to this litigation.

BY THE COURT:

/s/ Michael M. Baylson

_____
**MICHAEL M. BAYLSON, U.S.D.J.**