# EXHIBIT 2

IN THE COURT OF COMMON PLEAS
FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
CIVIL TRIAL DIVISION

- - -

MARK WEBB, ADMINISTRATOR         :   MAY TERM, 2011
FOR THE ESTATE OF SABINO         :
WEBB, Deceased,                  :
               Plaintiff    :
                              :
   -VS-                          :
                              :
VOLVO CARS OF NORTH AMERICA,     :
LLC, VOLVO CARS CORPORATION,     :
GRACO CHILDREN'S PRODUCTS,       :
INC., WILLIAM JULIAN and         :
ANNA SOARES,                     :
               Defendants   :   NO. 0208

- - -

Thursday, March 20, 2014
Courtroom 483 - City Hall
Philadelphia, Pennsylvania


POST-TRIAL MOTIONS



BEFORE:   THE HONORABLE JOHN MILTON YOUNGE, J.




LINDA J. SETTLES, RMR
Official Court Reporter

```
 1
 2              THE COURT:  I said why is it -- I don't
 3    necessarily agree that that's what happened,
 4    Counsel.
 5              And, you know, the record is what the
 6    record is.  But I will say that you remember
 7    things in a way that's totally distinct and
 8    different from the way I remember it.
 9              MR. MALOFIY:  Well, we do have the sidebar
10    --
11              THE COURT:  Yes, we do.
12              MR. MALOFIY:  -- discussions.  And what I
13    did say was, Your Honor, on one he's precluded
14    from talking that it failed the standard, then
15    he's being asked did he do the test.
16              And then he wasn't even allowed to on
17    cross.  Once opposing counsel opened it up, he
18    wasn't allowed to say -- you prevented him.
19    You said He's not going to say that, Counselor.
20    He is not going to say it.  He didn't do it.
21    I'm not letting him say it.
22              And he basically had to bite his tongue.
23    He said, Well, I can't talks about that.  And
24    he couldn't even say it after --
25              THE COURT:  And that's the way you see it?
```

```
 1
 2                      CERTIFICATION
 3
 4
 5        I hereby certify that the proceedings and
 6   evidence are contained fully and accurately in
 7   the notes taken by me on the trial of the above
 8   cause, and that this copy is a correct
 9   transcript of the same.
10
11
12                  Linda J. Settles, RMR
                     Official Court Reporter
13
14
15
16
17
18
19        (The foregoing certification of this
20   transcript does not apply to any reproduction
21   of the same by any means unless under the
22   direct control and/or supervision of the
23   certifying reporter.)
24
25
```