IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARK WEBB, et al.,** | **CIVIL ACTION** |
| v. | **NO. 13-cv-02394** |
| **VOLVO CARS OF N.A., LLC, et al.** | |

## ORDER

**AND NOW**, this 28th day of May, 2015, upon consideration of Defendant Volvo Car UK Limited's Motion to Dismiss for Lack of Jurisdiction (ECF 18), Plaintiff's response in opposition (ECF 24), Volvo Car UK Limited's reply in support of its motion (ECF 35), Plaintiff's sur-reply in opposition (ECF 42), Volvo Car UK Limited's response to Plaintiff's sur-reply (ECF43), Volvo Car UK Limited's supplemental Memorandum of Law (ECF 78), Plaintiff's Motion to Strike ECF 78 Memorandum Improperly Filed by Defendant Volvo Car UK Limited and Motion for Entry of Default on Volvo Car UK Limited (ECF 84), Volvo Car UK Limited's response in opposition (ECF 85), Plaintiff's reply in support of its motion (ECF 88), Plaintiff's Motion to Strike ECF 80 Memorandum Improperly Filed by Defendants (ECF 86), Defendants' response in opposition (ECF 87), oral argument held December 6, 2013 (ECF 49), and an unrecorded telephone conference with counsel on February 4, 2015, it is hereby **ORDERED** that:

1. Plaintiff's Motion to Strike ECF 78 Memorandum Improperly Filed by Defendant Volvo Car UK Limited and Motion for Entry of Default on Volvo Car UK Limited (ECF 84) is **DENIED**.

2. Plaintiff's Motion to Strike ECF 80 Memorandum Improperly Filed by Defendants (ECF 86) is **DENIED**.

3. Defendant Volvo Car UK Limited's Motion to Dismiss for Lack of Jurisdiction (ECF 18) is **GRANTED**. Plaintiff's claims against Defendant Volvo Car UK are **DISMISSED, WITH PREJUDICE**.

        **BY THE COURT:**

        /s/ Michael M. Baylson

        _____
        **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 13\13-2394 webb v. volvo cars\13-cv2394 Order Mots. to Strike and Mot. to Dismiss.doc