IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MARK WEBB, et al., | CIVIL ACTION |
| v. | NO. 13-cv-02394 |
| VOLVO CARS OF N.A., LLC, et al. | |

### ORDER

**AND NOW**, this 19th day of July, 2016, upon consideration of the decision of the Pennsylvania Superior Court in Webb v. Volvo Cars of North America, LLC, No. 1367 EDA 2014 (Pa. Super. Ct. June 24, 2016) vacating and remanding a March 26, 2014 judgment from the Philadelphia Court of Common Pleas in that action, and following a status call with the parties in which both sides consented to continuing the stay of proceedings currently in place, it is hereby **ORDERED** that:

1. This case shall continue to remain in suspense for one (1) year, until July 19, 2017, pending the outcome of the related Philadelphia Court of Common Pleas action on remand;

2. Either side may petition the Court to return the case to the Court's active docket before July 19, 2017;

3. The entry of this Order shall not prejudice the rights of the parties to this litigation.

BY THE COURT:

*/s/ Michael M. Baylson*
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 13\13-2394 webb v. volvo cars\13-cv2394 suspense order 2016.doc