UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANA WEBB<br>Individually and on behalf of all others similarly situated,<br>*Plaintiffs*<br><br>V.<br><br>VOLVO CARS OF N.A., LLC<br>  and<br>VOLVO CAR CORPORATION<br>  and<br>VOLVO CAR UK LIMITED<br>  and<br>VOLVO CARS OF N.A., INC.<br>  *Defendants* | CIVIL ACTION NO.: 13-cv-2394-MMB |

## Entry of Appearance

To the Clerk of Court:

Kindly enter the appearance of Alfred Joseph (AJ) Fluehr, Pa. Bar ID No. 316503, on behalf of Plaintiff Ana Webb (individually and on behalf of all others similarly situated) in the above-captioned matter.

*Respectfully submitted,*

FRANCIS ALEXANDER, LLC

/s/ AJ Fluehr
Alfred Joseph (AJ) Fluehr, Esquire
Attorney ID No.: 316503
280 N. Providence Road | Suite 1
Media, PA 19063
T:  (215) 341-1063
F:  (215) 500-1005
*Law Firm / Lawyers for Plaintiffs*
/d/ August 8, 2016

## Certificate of Service

Plaintiffs hereby represent that this Entry of Appearance has been served upon counsel by the electronic filing system:

Richard B. Wickersham, Jr., Esquire
Post & Schell, P.C.
Four Penn Center
1600 JFK BLVD. | 13th Floor
Philadelphia, PA 19103
T: (215) 587-6612
F: (215) 320-4875
E:  rwickersham@postschell.com

Peter W. Herzog, III, Esquire
Wheeler Trigg O'Donnell LLP
370 Seventeenth St. | Suite 4500
Denver, CO 80202
T: (303) 244-0117
F: (303) 244-1879
E: pherzog@wtotrial.com

*****

*Respectfully submitted,*
Francis Alexander, LLC
*/s/ AJ Fluehr*
Alfred Joseph (AJ) Fluehr, Esquire
Attorney ID No.: 316503
280 N. Providence Road | Suite 1
Media, PA 19063
T:  (215) 341-1063
F:  (215) 500-1005
*Law Firm / Lawyers for Plaintiffs*
*/d/ August 8, 2016*