UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANA WEBB<br>Individually and on behalf of all others similarly situated,<br>*Plaintiffs*<br><br>V.<br><br>VOLVO CARS OF N.A., LLC<br>  and<br>VOLVO CAR CORPORATION<br>  and<br>VOLVO CAR UK LIMITED<br>  and<br>VOLVO CARS OF N.A., INC.<br>  *Defendants* | CIVIL ACTION NO.: 13-cv-2394-MMB |

## WITHDRAWAL OF APPEARANCE

To the Clerk of Court:

Kindly withdraw the appearance of Francis Malofiy, Pa. Bar ID No. 208494, on behalf of Plaintiff Ana Webb (individually and on behalf of all others similarly situated) in the above-captioned matter.

*****

*Respectfully submitted,*
FRANCIS ALEXANDER, LLC
*/s/ Francis Malofiy*
Francis Malofiy, Esquire
Attorney ID No.: 208494
280 N. Providence Road | Suite 1
Media, PA 19063
T: (215) 500-1000
F: (215) 500-1005
*Law Firm / Lawyer for Plaintiffs*
*/d/ August 9, 2016*

## Certificate of Service

Plaintiffs hereby represent that this Withdrawal of Appearance has been served upon counsel by the electronic filing system:

Richard B. Wickersham, Jr., Esquire
Post & Schell, P.C.
Four Penn Center
1600 JFK BLVD. | 13th Floor
Philadelphia, PA 19103
T: (215) 587-6612
F: (215) 320-4875
E:  rwickersham@postschell.com

Peter W. Herzog, III, Esquire
Wheeler Trigg O'Donnell LLP
370 Seventeenth St. | Suite 4500
Denver, CO 80202
T: (303) 244-0117
F: (303) 244-1879
E: pherzog@wtotrial.com

*****

*Respectfully submitted,*
Francis Alexander, LLC
*/s/ Francis Malofiy*
Francis Malofiy, Esquire
Attorney ID No.:  208494
280 N. Providence Road | Suite 1
Media, PA 19063
T:  (215) 500-1000
F:  (215) 500-1005
*Law Firm / Lawyer for Plaintiffs*
*/d/ August 9, 2016*