# EXHIBIT 1



# COMMONWEALTH OF PENNSYLVANIA

## CERTIFICATE OF TITLE FOR A VEHICLE

[illegible]-001

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE OF VEHICLE | TITLE NUMBER |
|---|---|---|---|
| YV1[illegible] | [illegible] | VOLVO | [illegible] |

| BODY TYPE | DUP | SEAT CAP | PRIOR TITLE STATE | ODOM. PROCD. DATE | ODOM MILES | ODOMETER STATUS |
|---|---|---|---|---|---|---|
| SDN | D | | [illegible] | 12/31/08 | [illegible] | 0 |

| DATE PA TITLED | DATE OF ISSUE | UNLADEN WEIGHT | GVWR | GCWR | TITLE BRANDS |
|---|---|---|---|---|---|
| 12/31/08 | 12/31/08 | | | | |

ODOMETER STATUS
0 = ACTUAL MILEAGE
1 = MILEAGE EXCEEDS THE MECHANICAL LIMITS
2 = NOT THE ACTUAL MILEAGE
3 = NOT THE ACTUAL MILEAGE-ODOMETER TAMPERING VERIFIED
4 = EXEMPT FROM ODOMETER DISCLOSURE

TITLE BRANDS
A = ANTIQUE VEHICLE
C = CLASSIC VEHICLE
D = COLLECTIBLE VEHICLE
F = OUT OF COUNTRY
G = ORIGINALLY MFG. FOR NON-U.S. DISTRIBUTION
H = AGRICULTURAL VEHICLE
L = LOGGING VEHICLE
P = WAS A POLICE VEHICLE
R = RECONSTRUCTED
S = STREET ROD
T = RECOVERED THEFT VEHICLE
V = VEHICLE CONTAINS REISSUED VIN
W = FLOOD VEHICLE
X = WAS A TAXI

REGISTERED OWNER(S)

CAROL E & JOHN M
CHRZANOWSKI
2962 RICHMOND ST
PHILADELPHIA PA 19134

FIRST LIEN FAVOR OF:

SECOND LIEN FAVOR OF:

If a second lienholder is listed, upon satisfaction of the first lien, the first lienholder must forward this Title to the Bureau of Motor Vehicles with the appropriate form and fee.

FIRST LIEN RELEASED ____________ DATE ______

BY ____________ AUTHORIZED REPRESENTATIVE

SECOND LIEN RELEASED ____________ DATE

BY ____________ AUTHORIZED REPRESENTATIVE

MAILING ADDRESS

090279

CAROL E & JOHN M
CHRZANOWSKI
2962 RICHMOND ST
PHILADELPHIA PA 19134

DEFENDANT'S EXHIBIT
WEBB 35
7-23-12
ALL-STATE LEGAL®

I certify as of the date of issue, the official records of the Pennsylvania Department of Transportation reflect that the person(s) or company named herein is the lawful owner of the said vehicle.

ALLEN D BIEHLER

## D. APPLICATION FOR TITLE AND LIEN INFORMATION

SUBSCRIBED AND SWORN TO BEFORE ME: ______ DAY ______

SIGNATURE OF PERSON ADMINISTERING OATH

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
[illegible], Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires July 29, 2011
Member, Pennsylvania Association of Notaries

STAMP OR SEAL

The undersigned hereby makes application for Certificate of Title to the vehicle described, subject to the encumbrances and other legal claims set forth herein.

X *Ana Cristina Soares* (signature)

*Ana Cristina Soares*

SIGNATURE OF APPLICANT OR AUTHORIZED SIGNER

If a co-purchaser other than your spouse is listed and you want the title to be listed as "Joint Tenants With Right of Survivorship" (On death of one owner, title goes to surviving owner.) CHECK HERE ☐. Otherwise, the title will be issued as "Tenants In Common" (On death of one owner, interest of deceased owner goes to his/her heirs or estate).

IF NO LIEN, CHECK ☐ IS THIS AN ELT? (IF YES, FIN REQUIRED) YES ☐ NO ☐

1ST LIENHOLDER FINANCIAL INSTITUTION NUMBER

1ST LIENHOLDER NAME

STREET

CITY STATE ZIP

IF NO 2ND LIEN, CHECK ☐ IS THIS AN ELT? (IF YES, FIN REQUIRED) YES ☐ NO ☐

2ND LIENHOLDER FINANCIAL INSTITUTION NUMBER

2ND LIENHOLDER NAME

STREET

CITY STATE ZIP

STORE IN A SAFE PLACE · IF LOST APPLY FOR A DUPLICATE · ANY ALTERATION OR ERASURE VOIDS THIS TITLE

40557465

B4

**(TYPE OR PRINT)** Certificate of Title must be submitted within 20 days, unless the purchaser is a registered dealer holding the vehicle for resale.

**WARNING** – FEDERAL AND STATE LAWS REQUIRE THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES OR IMPRISONMENT.

## A. ASSIGNMENT OF TITLE

Purchaser: Soares, Ana Cristina
Street Address: 3929 [illegible] Road
City: Phila
State: PA  Zip: 19137

Signatures: Ana Cristina Soares / Cristina Soares

Notary stamp: COMMONWEALTH OF PENNSYLVANIA, Notary Public, City of Philadelphia, Philadelphia County, My Commission Expires July 20, 20[11], Member, Pennsylvania Association of Notaries

## B. RE-ASSIGNMENT OF TITLE BY REGISTERED DEALER
(blank)

## RE-ASSIGNMENT OF TITLE BY REGISTERED DEALER
(blank)

## RE-ASSIGNMENT OF TITLE BY REGISTERED DEALER
(blank)

MAY 04 2009

☐ CHECK HERE IF APPLICATION FOR DEALER TITLE AND COMPLETE SECTION D, TITLING FEES $ _____