# EXHIBIT 2



VOLVO
# 1997
U.S.A./Canada

## WARRANTY AND SERVICE RECORDS INFORMATION

**VOLVO**

'0.06.96  90M
Ken Cook Co.

# Quality — Safety — Durability — Value

The Volvo organization welcomes you to the Volvo family and thanks you for purchasing your new Volvo.

From Design, Engineering, and Manufacturing to support activities in Parts, Service, and Sales, high standards have been set to help ensure your satisfaction and pride as an owner of a Volvo.

The warranties described in this booklet assure you that we stand behind our products and services. To help protect your investment, please pay close attention to the section describing owner's responsibilities for proper service and maintenance.

Your Owner's Manual fully explains the functions, operation and comfort features of your Volvo.  It should be reviewed by you and others who may have occasion to drive your Volvo.

We wish you many years of safe and pleasureable driving in your new Volvo.

# Cont

Warranty

or purchas-

Service,

e as an

products

ection de-

atures of

drive your

).

# Contents

**Warranty Information**

Volvo's 1997 New Car Warranties At-A-Glance ................................................. 3
Customer Support and Assistance ................................................................... 4
Things You Should Know About Your Volvo Warranties ............................... 6
Volvo's 1997 New Car Warranty ..................................................................... 9
Limitations and Disclaimers ............................................................................ 14
Genuine Volvo Replacement Parts and Accessories ...................................... 15
Volvo's Corrosion Protection .......................................................................... 18
Seatbelt and Supplemental Restraint Systems ............................................... 21
Seatbelts: "Something We Believe In" ............................................................ 23
Emission Warranties - U.S./Canada ................................................................ 24
   Design and Defect ....................................................................................... 24
   Performance - U.S./British Columbia ....................................................... 29
   1997 Emission Warranty Parts List ........................................................... 32
   Retailer Certification ................................................................................... 36
Emission Warranties - California and Massachusetts ................................... 37
   Emission Control Warranty Statement ...................................................... 37
   Emission System Warranty ......................................................................... 40
   Limitations and Disclaimers ...................................................................... 46
   Emission Parts List - California and Massachusetts ................................. 47
Overseas Operations ........................................................................................ 48

**Warranty Information**

**Service Information**

*Contents     1*

# Contents (cont.)

**Service Information**

| | |
|---|---|
| **Change of Address Cards** | |
| USA | 49 |
| Canada | 51 |
| **1997 Service and Maintenance Requirements** | **53** |
| Pre-Delivery Service | 53 |
| Oil and Filter Change Interval | 53 |
| Maintenance Scheduling | 54 |
| Service Support | 55 |
| Servicing | 55 |
| **Gasoline Specifications** | **56** |
| **Oil Specifications** | **57** |
| **Turbocharger Operating Tips** | **58** |
| **Maintenance Service Operations** | **59** |
| **Maintenance/Service Interval Records** | **66** |
| **Service Maintenance Record** | **67** |
| **Brake Fluid Changes** | **72** |
| **Speedometer/Odometer Replacement** | **73** |
| **Volvo Technical Literature** | **74** |

**Volvo'**

# Volvo's 1997 New Car Warranties At-A-Glance

| Description | Years | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| New Car Limited Warranty (U.S.) New Car Warranty (Canada) | 4 years/50,000 miles/80,000 kilometers | | | | | | | |
| Adjustments | 1 year/12,000 miles/20,000 kilometers | | | | | | | |
| Genuine Volvo Replacement Parts and Accessories* | 1 year/unlimited mileage/kilometers | | | | | | | |
| Seatbelt and S.R.S. | 5 years/unlimited mileage/kilometers | | | | | | | |
| Corrosion Protection | 8 years/unlimited mileage/kilometers | | | | | | | |
| Emission Defects and Performance U.S./ Province of British Columbia | | | | | | | | |
| Short-Term | 2 years/24,000 miles/40,000 kilometers | | | | | | | |
| Long-Term | 8 years/80,000 miles/130,000 kilometers | | | | | | | |
| California and Massachusetts | | | | | | | | |
| Performance | 3 years/50,000 miles | | | | | | | |
| Defects, Short-Term | 3 years/50,000 miles | | | | | | | |
| Defects, Long-Term | 7 years/70,000 miles | | | | | | | |
| Emission Canada | | | | | | | | |
| Short-Term | 2 years/40,000 kilometers | | | | | | | |
| Long-Term | 8 years/130,000 kilometers | | | | | | | |

\* Genuine Volvo accessories installed as retailer options, that are purchased as part of the new car sale, are covered for four (4) years or 50,000 miles/80,000 kilometers, whichever occurs first.

Warranty Information

49
51
**53**
53
53
54
55
55
**56**
**57**
**58**
**59**
**66**
**67**
**72**
**73**
**74**

3

# Customer Support and Assistance

**Warranty Information**

Your satisfaction with Volvo products and services is of prime importance. Volvo takes pride in producing a quality vehicle, and our efforts are supported by a strong retailer network. Should you have any questions concerning service or your Volvo's performance, your retailer will be happy to answer them for you.

However, there may be times when, despite the best of intentions, concerns may arise that require additional assistance. Should you find yourself in this situation, Volvo and your retailer will cooperate to pursue a satisfactory resolution. We suggest you maintain a written record of events (the problem, related conversations/with whom, important dates, etc.), as well as any supporting documents (invoices, work orders, etc.). Then, we request you take the following steps as necessary:

1. Discuss the matter with the appropriate department manager at the retail facility (Service Manager, Parts Manager, etc.). Explain exactly what caused the problem and ask what action will be taken. If the matter remains unresolved after a reasonable length of time, then

2. Discuss the matter with the General Manager, explaining what occurred in Step #1. If the matter is not resolved within a reasonable time frame, then the following step should be taken:

3. Contact Volvo's Customer Service Department by mail or telephone. In order to assist you, please provide us with the following information:

- Your
  numbe

- Vehicl
  Vehicl
  of Ow
  ner of

- Date o

- Retaile
  tail Fa

- Descri

**In the**
In certa
to prov
formity
be requ
sumer i
dispute

opriate depart-
ility (Service
xplain exactly
k what action
ns unresolved
then

eral Manager,
ep #1. If the
asonable time
uld be taken:

e Department
to assist you,
ving informa-

- Your name, address, and daytime telephone number

- Vehicle Identification Number (found on your Vehicle Registration Card, Vehicle Certificate of Ownership, and located on the upper left corner of the dashboard)

- Date of purchase and current mileage

- Retailer's name (Selling and/or Servicing Retail Facility)

- Description of the problem

**In the U.S. —**
In certain states, the consumer may be required to provide written notice of an alleged nonconformity to Volvo. In certain states, Volvo may be required to notify the consumer if the consumer is required to first resort to an informal dispute procedure.

**In the U.S., contact:**
Volvo Cars of North America, Inc.
Customer Service Department
P.O. Box 914
Rockleigh, NJ  07647-0914
1-(800)-458-1552

**In Canada, contact:**
Volvo Canada Ltd.
Customer Service Department
175 Gordon Baker Road
North York, Ontario.  M2H 2N7
1-(800)-663-8255

Warranty Information

*Customer Support and Assistance*     *5*

# Things You Should Know About Your Volvo Warranties

Warranty Information

## Where Volvo Warranties Apply

The Warranties described in this booklet apply to new 1997 model year Volvo passenger cars used for non-commercial purposes (i.e., personal/family use). The vehicle must have been originally sold by Volvo Cars of North America, Inc.,* and registered and operated in any of the 50 states of the U.S., the District of Columbia, or any of the provinces of Canada. Any remaining portion of the warranties is fully transferable to subsequent owners free-of-charge.

## Pre Owned Volvos

If you have purchased a pre-owned Volvo and the New Car Warranty has not expired, you are entitled to the remaining portion of that warranty. Please mail the coupon located on pages 71 and 73 of this booklet to provide the changed ownership information.

*Volvo Cars of North America, Inc., Volvo Canada Ltd. are sometimes referred to in this booklet as "Volvo." All such references to "Volvo" are intended to refer to Volvo Cars of North America, Inc., and/or Volvo Canada Ltd.

## Warranty Repairs

Warranty repairs which are required as a result of defects in material or workmanship, and are brought to the attention of an authorized Volvo retailer by an owner, will be performed by an authorized Volvo retailer only at no charge during the warranty period.

To obtain repairs under warranty, contact an authorized Volvo retailer and explain the condition. We recommend your selling retail facility as they are most familiar with your car, its service history, and your driving habits. Have the maintenance records section of this booklet and service records available.

Diagnosis and evaluation of the symptoms and conditions will be made by any authorized Volvo retailer.

Only repairs/
covered unde
able period c
**Parts will be**
**Volvo retaile**
**remanufactu**
are the recor
meet the sam
components c
replaced will
nical materia

Repairs requi
normal wear
tenance are n
cific items no
under "What
not be consid

## Owner's Responsibilities: Maintenance/Servicing

Only repairs/diagnosis deemed by the retailer to be covered under warranty will be made within a reasonable period of time during normal business hours. **Parts will be repaired or replaced by an authorized Volvo retailer only, using genuine Volvo new or remanufactured parts, at Volvo's discretion.** These are the recommended parts for your Volvo. They meet the same design and quality standards as those components originally installed in your car. All parts replaced will become the property of Volvo for technical material analysis or other usage.

Repairs required because of damage, misuse, collision, normal wear and tear, incomplete or improper maintenance are not covered by the warranties. Also, specific items noted within each section of the warranties under "What Is Not Warranted" are excluded and will not be considered.

You are responsible for the following maintenance requirements:

- The operation, maintenance, and care of your Volvo according to the instructions and requirements listed in your Owner's Manual and Warranty and Service Records Information booklet.
- The parts/systems which require seasonal servicing or replacement at recommended maintenance intervals, such as (but not limited to) tune-ups, air conditioning recharge, cleaning, polishing, lubricants, and replacement of consumable and wear items.
- The cost of parts and/or labor for required maintenance services including (without limitation), items listed for your model's initial service and subsequent maintenance service intervals.

Warranty Information

*Warranty Information*

- Keeping a copy of all repair orders and receipts as well as a record of all maintenance services performed. Records of these services will be required for substantiation of proper maintenance and must be transferred to each subsequent owner.

## Production Changes

Volvo reserves the right to make changes in or additions to passenger cars manufactured and/or sold by Volvo at any time without incurring any obligation to make the same or similar changes to passenger cars previously manufactured or sold by Volvo.

# Volvo's

## What Is V

Volvo warrants
ger vehicles due
and occurring u
charge for parts
riod. Those part
in this section a

## Limitation

*No implied warr*
*a particular pu*
*applicable peri*

This warranty g
may also have ot
or province to pr
**allow limitation**
**lasts, so the abo**

For a complete
and Disclaimer

or addi-
sold by
ation to
ger cars

# Volvo's 1997 New Car Limited Warranty-U.S.
# New Car Warranty-Canada

Warranty Information

## What Is Warranted

Volvo warrants that repairs required to Volvo passenger vehicles due to defects in material or workmanship and occurring under normal use will be made at no charge for parts and/or labor during the warranty period. Those parts and services not covered are detailed in this section and should be carefully reviewed.

## Limitations

*No implied warranty of merchantability or fitness for a particular purpose shall apply except during the applicable periods of this warranty.*

This warranty gives you specific legal rights, and you may also have other rights which vary from state to state or province to province. **Some states/provinces do not allow limitations on how long an implied warranty lasts**, so the above limitations may not apply to you.

For a complete description of Volvo's "Limitations and Disclaimers," refer to page 14.

## The Warranty Period—
## Four (4) years/50,000 Miles/80,000 Km

The warranty period for *repairs* is four (4) years or 50,000 miles/80,000 kilometers, whichever occurs first.  (Vehicles used for commercial purposes are covered for one (1) year 15,000 miles/24,000 kilometers, whichever occurs first.)  The warranty starts on the date the vehicle is sold/delivered to the first retail purchaser or put into service, whichever occurs first.

Vehicles placed into Retailer Demonstrator Service will receive the remainder of the New Car Limited Warranty (U.S.), New Car Warranty (Canada) period when retailed.

Certain components are covered by specific warranties, such as the Federal Emissions Warranty. Once the specific warranty period is over, these components will be covered under the remaining New Car Limited Warranty.

*Your Volvo Warranties*     9

Warranty Information

## Accessories

Genuine Volvo accessories installed as retailer options, that are purchased as part of the new car sale, are covered by the New Car Limited Warranty (U.S.), New Car Warranty (Canada) for four (4) years or 50,000 miles/80,000 kilometers, whichever occurs first.

## Customer Assistance

Should you have questions regarding the warranties or repairs, please review the section titled "Customer Support and Assistance" on pages 4 and 5 of this booklet for owner information and instructions.

Non-commercial vehicles are covered by On Call®, a roadside assistance program which provides coverage for some specific items not covered by the warranties (e.g., towing). A separate booklet describing this program is supplied in your Owner's Wallet.

## Wear and Tear Items

As part of your vehicle's normal service and maintenance requirements, certain parts may need to be replaced due to wear and tear. Since these parts are consumed at varying rates, replacement is based on the operation and condition of your car and on fixed schedules under normal operation and use of your vehicle. These items include, but may not be limited to, the following list: filters, fuses, belts, brake pads, wiper blades, light bulbs (including halogen bulbs), clutch lining, shock absorbers, floor mats, upholstery/rugs, etc.

Replacement of these items are the owner's responsibility, with the exception of those items covered during the Adjustments Coverage Period (refer to page 11) or where specific manufacturing defects may be demonstrated.

## Adjustme

Adjustments wh
tory fittings and
part of the brea
Adjustments Co
covered under ne
Pre-Delivery or
tion. The dura
twelve (12) mo
meters, whichev

The term "Adju
fers to minor re
replacement of
cause of wear du
wiper blades, li
brake pads, sho
items may also

## Adjustments Coverage

Adjustments which are refinements to the original factory fittings and alignments, and which are required as part of the break-in period, will be made during the Adjustments Coverage Period. Exceptions are items covered under normal maintenance services, including Pre-Delivery or items excluded in the New Car section. The duration of the adjustment coverage is twelve (12) months or 12,000 miles/20,000 kilometers, whichever occurs first.

The term "Adjustments" as used in this warranty refers to minor repairs not usually associated with the replacement of parts or normal maintenance service items. Parts which are covered for replacement because of wear during the Adjustments Period only are: wiper blades, light bulbs (including halogen bulbs), brake pads, shock absorbers and clutch lining. These items may also be covered under the Basic Warranty

Period if manufacturing defects cause the failure. Examples of *labor only* repairs which are covered during the Adjustments Period are wheel balancing, window regulator adjustment and hood adjustment.

## Battery

Under the New Car Limited Warranty, the original equipment battery installed in your 1997 Volvo is covered against defects in parts and labor for four (4) years or 50,000 miles/80,000 kilometers, whichever occurs first.

Warranty Information

*Warranty Information*

# What Is Not Warranted

**Tires**
- Tires fitted to the vehicle as original equipment are warranted separately by the tire manufacturer. Therefore, any adjustments must be handled through their service outlet.
- The applicable tire warranty booklet is in the Owner's Wallet.

**Emission System/Components**
- The emission system and specific components carry their own warranty. Refer to pages 32 thru 35 for a listing of systems/components.

**Routine Maintenance and Services**
- Repairs which are required because of a lack of maintenance, or improper maintenance. Correct maintenance procedures are referenced in your Owner's Manual or the Warranty and Service Records Information booklet.
- Unscheduled maintenance services.

**Damage/Deterioration/Corrosion**
- Vehicles severely damaged and/or declared to be a total loss by an insurer.
- Vehicles substantially reassembled or repaired from parts obtained from another vehicle previously in operation.
- The use of fuel and/or oil, or other fluids which do not meet the Volvo-approved standards as set forth in the Owner's Manual, Volvo Service Literature or on pages 56 & 57 of this booklet.
- Failures resulting from misuse, negligence, overloading, modifications (including the electronic management system), accidents or racing.
- Defects or failures resulting from the use of new parts not sold or **approved** by Volvo, or used parts, or the resultant damage to associated parts or systems.
- Defects or failures resulting from incorrect diagnosis by an independent repair shop.

- Failures resu...
  the vehicle a...
  or other ind...
  operational ...
  indicates ov...
- Environmen...
  which is be...
  borne fall-c...
  etc.) or oth...
  stones, road...
  nature. Ext...
  by the Corro...
  see page 18 ...
- Damage to ...
  and seating...
  and tear, mi...

**Glass**
- Glass break...
  fects in mat...

d/or declared to

bled or repaired
er vehicle previ-

ther fluids which
ved standards as
al, Volvo Service
of this booklet.
ase, negligence,
cluding the elec-
accidents or rac-

from the use of
ved by Volvo, or
nage to associated

from incorrect di-
pair shop.

- Failures resulting from continued operation of the vehicle after a warning light, gauge reading, or other indication advises of a mechanical or operational problem (e.g. dash instrumentation indicates overheat, loss of oil pressure, etc.).
- Environmental damage to the vehicle's surface which is beyond Volvo's control, such as airborne fall-out (including chemicals, tree sap, etc.) or other atmospheric conditions, hailstones, road hazards, stone chips or other acts of nature. Exterior painted surfaces are covered by the Corrosion Protection Limited Warranty, see page 18.
- Damage to the interior (soft trim, upholstery, and seating areas) resulting from normal wear and tear, misuse, or negligence.

**Glass**

- Glass breakage, unless it occurs because of defects in material or workmanship.

**Odometer Tampering**

- Repairs on vehicles for which the true odometer mileage cannot be readily determined.

**Inconvenience/Incidental Charges**

- The loss of vehicle use, loss of time, telephone calls, towing, lodging, car rental, food, and other incidental and consequential damages.

> Parts replaced free of charge under the terms of the New Car Limited Warranty (U.S.), New Car Warranty (Canada) are not subject to the warranty coverage of the Genuine Volvo Replacement Parts and Accessories Limited Warranty. Those parts will be warranted for 90 days or the remainder of the New Car Limited Warranty (U.S.), New Car Warranty (Canada), whichever is greater.

Warranty Information

*Your Volvo Warranties*    13

# Limitations and Disclaimers

**ALL OF THE WARRANTIES (LIMITED, U.S. ONLY) IN THIS BOOKLET ARE SUBJECT TO THE FOLLOWING LIMITATIONS AND DISCLAIMERS:**

Volvo's written warranty is exclusive and in lieu of all other warranties, whether oral or written, expressed or implied.

*No implied warranty of merchantability or fitness for a particular purpose shall apply except during the applicable periods of this limited warranty, U.S.; warranty, Canada.*

Volvo does not authorize any individual or corporation to create for it any obligation, liability or other warranty in connection with this vehicle.

Volvo shall not be liable for incidental, special, consequential, or other similar damages arising out of any breach of this written warranty.

Volvo shall not be liable for any damages caused by delay in delivery or furnishing of any products and/or services.

Volvo's liability, if any, for product(s) furnished under this warranty shall in no event exceed the cost of correcting defects in the product(s) as herein provided and upon the expiration of this warranty, any such liability shall terminate.

Note:
This warranty gives you specific legal rights, and you may also have other rights which vary from state to state, province to province. Some states/provinces do not allow limitations on how long an implied warranty lasts, so the above limitations may not apply to you. Some states/provinces do not allow the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

*14    Your Volvo Warranties*

Warranty Information

## Genuine Vol
## Genuine Vol

### What Is W

Volvo warrants
genuine Volvo r
such part or acce
terial or workma

During the warra
accessory will b
discretion witho
Volvo retailer.

If, and only if, s
installed by an au
removal and repl
warranty.

*Parts replaced f
Volvo warranty a
the Genuine Volv
ited Warranty (U.
Accessories War
ranted for 90 da
ranty, whichever*

OKLET
LAIMERS:

damages caused
of any products

luct(s) furnished
event exceed the
e product(s) as
xpiration of this
l terminate.

gal rights, and you
vary from state to
es/provinces do not
lied warranty lasts,
pply to you. Some
xclusion or limita-
al damages, so the
y not apply to you.

## Genuine Volvo Replacement Parts and Accessories Limited Warranty–U.S.
## Genuine Volvo Replacement Parts and Accessories Warranty–Canada

### What Is Warranted

Volvo warrants to the retail purchaser of each new genuine Volvo replacement part and accessory, that such part or accessory will be free from defects in material or workmanship.

During the warranty period, any such defective part or accessory will be exchanged or repaired at Volvo's discretion without charge, but only by an authorized Volvo retailer.

If, and only if, such part or accessory was originally installed by an authorized Volvo retailer, the labor for removal and replacement will also be covered by this warranty.

*Parts replaced free of charge under the terms of another Volvo warranty are not subject to the warranty coverage of the Genuine Volvo Replacement Parts and Accessories Limited Warranty (U.S.), Genuine Volvo Replacement Parts and Accessories Warranty (Canada). Those parts will be warranted for 90 days or the remainder of the original warranty, whichever is greater.*

### Limitations

*No implied warranty of merchantability or fitness for a particular purpose shall apply except during the applicable periods of this warranty.*

This warranty gives you specific legal rights, and you may also have other rights which vary from state to state, province to province. **Some states/provinces do not allow limitations on how long an implied warranty lasts, so the above limitations may not apply to you.**

For a complete description of Volvo's "Limitations and Disclaimers," refer to page 14.

Warranty Information

Warranty Information

## Warranty Period

- **Spare Parts Replacement**
  The warranty period for parts is one (1) year, beginning with the date the part was purchased.

  Some parts are covered by a specific limited warranty, for a different period (e.g., snow tires). For those parts, the applicable warranty is supplied at the time of purchase including a listing of conditions and limitations.

- **Genuine Volvo Accessories**
  The warranty period for genuine Volvo accessories is one (1) year, beginning with the date the accessory was purchased.

  If the accessory was purchased and installed as part of the new car sale, the warranty period is four (4) years or 50,000 miles/80,000 kilometers, whichever occurs first. The warranty period will start and run concurrently with the New Car Limited Warranty (U.S.), New Car Warranty (Canada).

## What Is Not Warranted

- Labor for removal and replacement of a defective part or accessory sold. BUT NOT IN-STALLED, by an authorized Volvo retailer. In such cases, the defective part/component or accessory will be exchanged, repaired, or replaced at the discretion of Volvo.

- Parts or accessories not sold, supplied, or approved by Volvo.

- Failures resulting from improper installation of parts or accessories, a lack of maintenance or improper maintenance.

- Damage because of normal wear and tear.

- The loss of vehicle use, loss of time, inconvenience, or other incidental charges such as tele-

phone cal
and/or o
where rec

- Failure re
loading,

ent of a defec-
3UT NOT IN-
lvo retailer. In
mponent or ac-
red, or replaced

upplied, or ap-

r installation of
maintenance or

r and tear.

f time, inconve-
ges such as tele-

phone calls, towing, lodging, car rental, or food, and/or other consequential damages, except where required by law.

- Failure resulting from misuse, negligence, over-loading, modifications, accidents or racing.

## Purchaser's Obligations

When requesting warranty repairs on replacement parts or accessories, the purchaser must present evidence of purchase (sales ticket or repair order showing payment to any authorized Volvo retailer in the United States or Canada), during normal business hours.

Warranty Information



**VOLVO**
GENUINE PARTS
Nothing can replace them.

# Volvo's Corrosion Protection Limited Warranty - U.S.
# Volvo's Corrosion Protection Warranty - Canada

**Warranty Information**

## What Is Warranted

Volvo warrants that your 1997 model year Volvo's original painted body sheet metal panels will remain free from the following conditions which result from defects in design, material or workmanship under normal use and operating conditions (except for those items listed under "What Is Not Warranted"):

1. **Defects to the exterior painted sheet metal surfaces for a period of one (1) year.**

2. **Perforation of the body sheet metal panels for a period of five (5) years.**

3. **Structural damage due to rust/corrosion for a period of eight (8) years.**

## Limitations

*No implied warranty of merchantability or fitness for a particular purpose shall apply except during the applicable periods of this warranty.*

This warranty gives you specific legal rights, and you may also have other rights which vary from state to state or province to province. **Some states/provinces do not allow limitations on how long an implied warranty lasts, so the above limitations may not apply to you.**

For a complete description of Volvo's "Limitations and Disclaimers," refer to page 14.

*18     Your Volvo Warranties*

## Warranty

The warranty p
listed for a total
segments, there

The warranty be
delivered to the
vice, whichever

## Warranty

Under the terms
Volvo retail fac
discretion, the a
charge. Repairs
riod of time, du

*y* - U.S.
da

*ility or fitness for a*
*t during the appli-*

rights, and you may
om state to state or
vinces **do not allow**
**warranty lasts, so**
*y* to you.

*'s* "Limitations and

## Warranty Period

The warranty period is divided into the segments listed for a total of eight (8) years. For each of these segments, there is no mileage/kilometer limitation.

The warranty begins with the date the vehicle is sold/delivered to the first retail purchaser or put into service, whichever occurs first.

## Warranty Repairs

Under the terms of this warranty, only an authorized Volvo retail facility will repair or replace, at Volvo's discretion, the affected body sheet metal panels free of charge. Repairs will be made within a reasonable period of time, during normal business hours.

## What Is Not Warranted

- Exhaust system, driveline, steering, braking or suspension components, bumpers, wheels, wheel covers, and mirrors.
- Damage to the body caused by accident, misuse, negligence, alteration, fire or battery acid.
- Damage resulting from stone-chipping, mechanical damage, scratches, dents, industrial fall-out, environmental damage (including, but not limited to, chemicals, tree sap, other atmospheric conditions, etc.) hailstones, road hazards, or other acts of nature, and unrepaired accident damage.
- Improper or substandard repair work.
- Defects or failures resulting from the use of new parts not sold or approved by Volvo, or used parts, or the resultant damage to associated parts or systems.
- Normal aging of paint because of use, exposure and climate, including oxidation, fading, etc.
- Damage created as a result of improper re-treatment of components following repair.

Warranty Information

*Your Volvo Warranties* 19

Warranty Information

## Owner's Obligations

**Failure to make corrections of accident damage, acts of nature, or to maintain the vehicle properly, including washing and polishing as described in the Owner's Manual, voids this warranty.**

It is your responsibility to retain all maintenance and repair documentation. These must be passed on to subsequent owners. To avoid potential deterioration, your retailer must be notified as soon as possible of any problems with the painted surfaces.

### Special Note:

This warranty can be provided because in manufacturing the vehicle, Volvo used processes and materials which are designed to help resist corrosion.

**The application of additional rustproofing products at the time of new car purchase, is not recommended by Volvo. If non-Volvo products were chemically incompatible with the Volvo factory-applied protection, they could cause problems which would result in voiding this warranty.**

If an accident should occur, you must ensure that the following conditions are met in order to maintain coverage under the Corrosion Protection Warranty:

- repairs are performed to Volvo standards,
- only genuine Volvo new replacement parts are installed.
- undercoating and/or rustproofing is re-applied wherever necessary. (See your Volvo retailer for details on Volvo-approved rust prevention materials.)

## Seatbelt
## Seatbelt

### What Is

Volvo warran
the material
and Supplem
your 1997 mo
of-charge dur
items listed u



ustproofing prod-
hase, is not recom-
vo products were
the Volvo factory-
d cause problems
his warranty.

must ensure that the
rder to maintain cov-
ction Warranty:
lvo standards,
eplacement parts are

oofing is re-applied
your Volvo retailer
oved rust prevention

# Seatbelt and Supplemental Restraint Systems Limited Warranty - U.S.
# Seatbelt and Supplemental Restraint Systems Warranty - Canada

## What Is Warranted

Volvo warrants that repairs required due to defects in the material or workmanship to the seatbelt system and Supplemental Restraint System(SRS) installed in your 1997 model year vehicle will be performed free-of-charge during the warranty period (except for those items listed under "What Is Not Warranted").



## Limitations

*No implied warranty of merchantability or fitness for a particular purpose shall apply except during the applicable periods of this warranty.*

This warranty gives you specific legal rights, and you may also have other rights which vary from state to state, province to province. **Some states/provinces do not allow limitations on how long an implied warranty lasts, so the above limitations may not apply to you.**

For a complete description of Volvo's "Limitations and Disclaimers," refer to page 14.

Warranty Information

Warranty Information

## The Warranty Period

The warranty period is five (5) years and has no mileage/kilometer limitation.* It begins with the date the vehicle is sold/delivered to the first retail purchaser or put into service, whichever occurs first.

## What Is Not Warranted

- Seatbelt system and Supplemental Restraint System components which show evidence of damage because of abuse, misuse, negligence, tampering, or improper installation.
- Replacement of seatbelt system or Supplemental Restraint System components after a vehicle has been involved in a collision.
- The loss of vehicle use, loss of time, inconvenience or other incidental charges, such as telephone calls, towing, lodging, car rental, or food, or other consequential damages except where required by law.
- Repairs required as part of normal maintenance.
- Replacement of components in accordance with the maintenance schedule.

*In the U.S., some states have mandated alternate warranty coverage for seatbelts only. Contact your Volvo retailer for details of local requirements.*

## Seatbe

Despite our s
intentions, n
"it'll never h

Seatbelts are
gineered int

Volvo urges
to properly v
ensure that c
seats only, u
termined by

ntal Restraint
w evidence of
se, negligence,
on.

or Supplemen-
s after a vehicle

time, inconven-
es, such as tele-
r rental, or food,
es except where

nal maintenance.
accordance with

# Seatbelts: "Something We Believe In"

Despite our strongest recommendations, and your best intentions, not wearing a seatbelt is like believing "it'll never happen to me!"

Seatbelts are an integral part of the safety system engineered into each Volvo.

Volvo urges you and all adult occupants of your car to properly wear seatbelts in all seating positions, and ensure that children are properly restrained in the rear seats only, using an infant car seat or booster seat determined by age, weight and height.

**Fact:** In every state, some type of child-restraint legislation has been passed. Additionally, most states have already made it mandatory for occupants of a car to use seatbelts.

**So, urging you to "buckle up" is not just our recommendation - it's becoming the law! The few seconds** it takes to buckle up may one day allow you to say, "It's a good thing I was wearing my seatbelt."

Instructions for proper seatbelt usage can be found in your Owner's Manual.



# Emission Warranties - U.S. and Canada

## Design and Defect Warranty

### What Is Warranted-U.S.

Volvo warrants that your 1997 model year Volvo was designed, built, and equipped to conform at the time of sale to U.S. emission standards, in accordance with Section 207(A) of the Federal Clean Air Act, which was applicable when the vehicle was manufactured.

### What Is Warranted-Canada

Volvo warrants that your 1997 model year Volvo was designed, built, and equipped to conform at the time of sale to Canadian emission standards, in accordance with the Canadian Motor Vehicle Safety Act, which was applicable when the vehicle was manufactured.

### U.S. and Canada

This warranty covers repairs resulting from any defect in material or workmanship which would cause the vehicle not to meet emission standards during the applicable warranty period. Some components considered part of the emission system applicable to this warranty appear on pages 32 thru 35.

This emission warranty is not conditionally based on the use of genuine Volvo parts or service. However, failures which occur as a result of abuse or lack of maintenance are not eligible for coverage.

Warranty Information

24   *Emission Warranties*

## Warrant

The warranty
miles/40,000
cept for certain
for which the
miles/130,00
These major c
catalytic conv
(ECM) and th
vice). (Refer to
for specific co
date the vehic
chaser or put i
remaining po
to subsequent

## Where t

This warrant
sold by Volvo
Canada Ltd.,
mally operate
of Canada, th
or commonw

## Warranty Period

The warranty period is for two (2) years or 24,000 miles/40,000 kilometers, whichever occurs first, except for certain specified major emissions components for which the coverage is eight (8) years or 80,000 miles/130,000 kilometers, whichever occurs first. These major components include only the three-way catalytic converter (TWC), electronic control module (ECM) and the on-board diagnostic device (OBD device). (Refer to the 1997 Emission Warranty Parts List for specific components' coverage.) It begins on the date the vehicle is sold/delivered to the first retail purchaser or put into service, whichever occurs first. Any remaining portion of the warranty is fully transferable to subsequent owners free-of-charge.

## Where the Warranty Applies

This warranty applies to 1997 model year vehicles sold by Volvo Cars of North America, Inc., or Volvo Canada Ltd., certified for sale, registered and normally operated in any of the 50 states, the provinces of Canada, the District of Columbia, or any territories or commonwealths of the United States.

## Repairs and Service

The emission control system of your new 1997 model year Volvo passenger car was designed, built, and tested using genuine Volvo parts. The car is certified to be in conformity with the appropriate U.S. Federal or Canadian emission control regulations at the time of production.

## Servicing

It is recommended that any replacement parts used for maintenance, repair, or replacement of emission control systems be genuine Volvo parts or genuine Volvo remanufactured parts.

**You may elect to have maintenance, repair, or replacement of the emission control devices and systems performed by any automotive repair establishment or individual. You may also elect to use parts other than genuine Volvo parts or genuine Volvo remanufactured parts which have been certified by the part manufacturer for such maintenance, repair, or replacement without invalidating this warranty. The cost of such service or parts, however, will not be covered under the warranty.**

Warranty Information

*Emission Warranties*    25

Warranty Information

## Parts

Use of replacement parts which are not equivalent to Volvo quality may impair the effectiveness of emission control systems. If other than genuine Volvo parts or genuine Volvo remanufactured parts are used for maintenance, repair, or replacement of components affecting emission control, the owner must obtain assurances that such parts are warranted by their manufacturer to be equivalent to genuine Volvo parts in performance and durability. Volvo assumes no liability under this warranty for parts other than genuine Volvo parts or genuine Volvo remanufactured parts. However, the use of non-Volvo replacement parts does not invalidate the warranty on other components unless the non-Volvo parts cause damage to warranted parts or systems.

## Retailer Service

Repairs and service covered by this warranty will be performed by an authorized Volvo retailer at his place of business with no charge for parts or labor (including diagnosis), using genuine Volvo parts or genuine Volvo remanufactured parts for any part of the emission control system covered by this warranty and found defective.

If an emergency occurs and no authorized Volvo retailer is available, repairs may be performed at any available service establishment. Volvo will reimburse the owner for such repairs (including labor, in most cases) that are covered under this warranty. Replaced parts and paid invoices must be presented at a Volvo retail facility as a condition of reimbursement for emergency repairs not performed by a Volvo retailer.

We encou
nance and
completed
solely bec
however,
failure to p
of a warra

Receipts o
nance mus
purposes.
subsequen

ty will be
t his place
or (includ-
or genuine
f the emis-
rranty and

d Volvo re-
med at any
ll reimburse
or, in most
y. Replaced
d at a Volvo
rsement for
olvo retailer.

Warranty Information

We encourage you to have all recommended mainte-
nance and repairs on your new 1997 Volvo vehicle
completed.  Volvo will not deny a warranty claim
solely because you have no record of maintenance;
however, Volvo may deny a warranty claim if your
failure to perform maintenance resulted in the failure
of a warranted part.

Receipts covering the performance of regular mainte-
nance must be retained for reference and confirmation
purposes.  The receipts must be transferred to each
subsequent owner of this car.

## What Is Not Warranted

1. Normal maintenance services as specified in the Owner's Manual and page 12 of this booklet.

2. Malfunctions in any part caused by any of the following: misuse, improper adjustments, modification, alteration, tampering, disconnection of system parts, and improper, inadequate or non-maintenance.

3. Damage resulting from accidents, acts of nature, and events beyond the control of Volvo.

4. The use of fuel and/or oil or other fluids which do not meet the Volvo-approved standards as set forth on page 56 and 57 of this booklet, the Owner's Manual, or Volvo Service Literature.

5. Repairs on vehicles for which the true odometer mileage cannot be readily determined.

6. The cost incurred from the use of parts other than genuine Volvo replacement parts or genuine Volvo remanufactured parts used for maintenance, repair or replacement affecting components of the emission control system.

7. Any loss of time, inconvenience, loss of vehicle use or commercial loss.

**Emissio**

In accorda
and the B:
Warranty F
purchaser

1. the ve
   dance
   main
   Manu
   Routi

2. the ve
   the fi
   (2) ye
   cable
   appro
   Air C

3. such
   vehic
   other
   use th
   provi
   non-c

Some com
Year/24,0
formance

*Warranty Information*

28    *Emission Warranties*

ich the true odometer
determined.

e use of parts other
ement parts or genu-
parts used for main-
ent affecting compo-
rol system.

nience, loss of vehicle

## Emission Performance Warranty-U.S., and the Province of British Columbia Only

In accordance with Section 207(B) of the Clean Air Act, and the British Columbia Emission Control System Warranty Regulations, Volvo warrants to the first vehicle purchaser and each subsequent purchaser, that if

1. the vehicle is maintained and operated in accordance with the written instructions for proper maintenance and use (Refer to the Owner's Manual under the section titled "Service and Routine Maintenance"), and

2. the vehicle fails to conform at any time during the first 24,000 miles/40,000 kilometers or two (2) years (whichever occurs first) to the applicable emission standards as judged by an EPA-approved emission test, or the British Columbia Air Care Program, and

3. such non-conformity results or will result in the vehicle owner having to bear any penalty or other sanction (including denial of the right to use the vehicle) under local, state, federal or provincial law, then Volvo shall remedy the non-conformity at no cost to the owner.

Some components considered part of the two (2) Year/24,000 mile/40,000 kilometer Emission Performance Warranty are listed on pages 32 thru 35.

### Exceptions

1. If the vehicle has been in operation for more than two (2) years or 24,000 miles/40,000 kilometers, Volvo will remedy only those non-conformities resulting from failure of certain specified emission control components for which coverage is eight (8) years or 80,000 miles/130,000 kilometers, whichever occurs first. These major components include only the three-way catalytic converter (TWC), electronic control module (ECM) and the on-board diagnostic device (OBD device)

2. Volvo may deny an Emission Performance Warranty claim on the basis of an uncertified replacement part used in the maintenance and repair of a vehicle if the part in question is either defective in material or workmanship or not equivalent from an emission standpoint to the original equipment part.

3. An Emission Performance Warranty claim may be denied on the basis of non-compliance by a vehicle owner with the written instructions for proper maintenance and use.

*Emission Warranties    29*

Warranty Information

## Servicing

It is recommended that any replacement parts used for maintenance, repair or replacement of emission control systems be genuine Volvo parts or genuine Volvo remanufactured parts.

**You may elect to have maintenance, repair, or replacement of the emission control devices and systems performed by any automotive repair establishment or individual. You may also elect to use parts other than genuine Volvo parts or genuine Volvo remanufactured parts which have been certified by the part manufacturer for such maintenance, repair or replacement without invalidating this warranty. The cost of such service or parts however, will not be covered under the warranty.**

## Customer Assistance

Volvo wants to ensure that the Emission Warranties are properly administered. If you do not receive the warranty service to which you believe you are entitled under these warranties, you should contact in the U.S.:

Volvo Cars of North America, Inc.
Customer Service Department
P.O. Box 914
Rockleigh, NJ 07647-0914
1-(800) 458-1552

You may obtain further information concerning the Emission Performance Warranty and, Emission Design and Defect Warranty, or report violations of the terms of these warranties, by contacting:

Vehicle Compliance Programs Group
(6405J)
U.S. Environmental Protection Agency
401 "M" Street, S.W.
Washington, DC 20460

In Canada:

Volvo Canada, Ltd.
Customer Service Department
175 Gordon Baker Road
North York, Ontario M2H 2N7
1-(800) 663-8255

*Warranty Information*

## Warrant

An Emission
raised immed
proved emiss
Test, if, as a r
by law to take
position of a
may be gener
ized Volvo r
federal or stat
a vehicle man
means for no
Emission Per

However, to a
is recommend
performed by

When determ
with the writ

30   *Emission Warranties*

America, Inc.
Department
914
7647-0914
-1552

rmation concerning the
anty and, Emission De-
report violations of the
contacting:

Programs Group
J)
rotection Agency
eet, S.W.
DC 20460

ada, Ltd.
e Department
Baker Road
ario M2H 2N7
63-8255

## Warranty Claim Procedures

An Emission Performance Warranty claim may be raised immediately upon the failure of an EPA-approved emission test or British Columbia Air Care Test, if, as a result of that failure, an owner is required by law to take action of any kind in order to avoid imposition of a penalty or sanction. A warranty claim may be generated by bringing a vehicle to any authorized Volvo retailer. To the extent required by any federal or state law, whether statutory or common law, a vehicle manufacturer shall be required to provide a means for non-franchised repair facilities to perform Emission Performance Warranty repairs.

However, to avoid delay and ensure proper service, it is recommended that service under this warranty be performed by an authorized Volvo retailer.

When determining whether an owner has complied with the written instructions for proper maintenance and use, Volvo may require an owner to submit evidence of compliance if it has an objective reason for believing:

1. maintenance was not performed and,

2. that if not performed, it could be the cause of the vehicle exceeding applicable emission standards.

Failure to notify the owner of a decision to honor or deny an Emission Performance Warranty claim within thirty (30) days from the time the vehicle is presented for repair shall result in the vehicle manufacturer being responsible for repairing the vehicle without charge to the vehicle owner, unless such failure is attributable to the vehicle owner or to events which are beyond the control of the vehicle manufacturer or repair facility.

*Warranty Information*

# 1997 Emission Warranty Parts List - Canada

The following are some items covered by the Emission Design and Defect Warranty for two (2) years or 40,000 km, whichever occurs first. This only applies to engines/models, components, or systems fitted with those items. Components marked with an "*" are covered by the Long Term Defect Warranty for eight (8) years or 130,000 km, whichever occurs first.

**Ignition System**
Ignition Cables
Distributor (DI)
 - Rotor
 - Cap
Ignition Coil(s)
Power Stage
Ignition Control Module (ICM) *
Spark Plugs
Knock Sensor (KS)
Engine Speed (RPM) Sensor

**Fuel Metering System**
Fuel Pressure Regulator
Mass Air Flow (MAF) Sensor
Multiport Fuel Injection (SFI) Control Module *
Fuel Injectors
Idle Air Control (IAC) Valve
Engine Coolant Temperature (ECT) Sensor
Throttle Position (TP) Switch/Potentiometer
Series Resistor
Heated Oxygen Sensor (HO2S)
Cold Start Injector
Intake Air Temperature (IAT) Sensor
Manifold Absolute Pressure (MAP) Sensor
Camshaft Position (CMP) Sensor

**Evaporative E**
Fuel Filler Cap
Vapor Storage
Fuel Filler Pipe
Purge Control

**Positive Cran**
PCV Calibrate

**Air Intake Sys**
Air Pre-Heatin
Intake Manifol
Turbocharger (
TC Wastegate (
Charge Air Co

* Covered by the Long

Warranty Information

ada

vo (2) years or 40,000
itted with those items.
t (8) years or 130,000

) Control Module *

(ECT) Sensor
/Potentiometer

:S)

') Sensor
(MAP) Sensor
ensor

**Evaporative Emission System**
Fuel Filler Cap
Vapor Storage Canister
Fuel Filler Pipe
Purge Control Valve

**Positive Crankcase Ventilation**
PCV Calibrated Orifice

**Air Intake System**
Air Pre-Heating System
Intake Manifold
Turbocharger (TC) Assembly
TC Wastegate Actuator
Charge Air Cooler (CAC)

**Secondary Air System**
Pulsed/Secondary Air Injection (P/AIR)

**Catalyst System**
Three-way Catalytic Converter (TWC) *
Exhaust Manifold
Exhaust Pipe (Manifold to TWC)

**Miscellaneous items used in above systems**
Hoses, clamps, fittings, tubing, sealing gaskets or
devices, pulleys, belts and mounting hardware and
electronic controls (all models)

Warranty Information

*Covered by the Long Term Defect Warranty for eight (8) years or 130,000 km, whichever occurs first.*

# 1997 Emission Warranty Parts List - Federal - U.S. and Canadian Province of British Columbia

The following are some items covered by the Emission Design and Defect and Performance Warranties for two (2) years or 24,000 miles/40,000 km, whichever occurs first. This only applies to engines/models, components, or systems fitted with those items. Components marked with an "*" are covered by the Long Term Defect and Performance Warranty for eight (8) years or 80,000 miles/130,000 km, whichever occurs first.



**Ignition System**
**Ignition Cables**
Distributor (DI)
  - Rotor/cap
Ignition Coil(s)
**Power Stage**
Ignition Control Module (ICM) *
**Spark Plugs**
Knock Sensor (KS)
**Engine Speed (RPM) Sensor**

**Fuel Metering System**
Fuel Pressure Regulator
Mass Air Flow (MAF) Sensor

**Fuel Metering System - continued**
Multiport Fuel Injection (SFI) *
  Control Module
**Fuel Injectors**
Idle Air Control (IAC) Valve
**Engine Coolant Temperature**
  (ECT) Sensor
**Throttle Position (TP)**
  Switch/Potentiometer
Series Resistor
Heated Oxygen Sensor (HO2S)
**Cold Start Injector**
Intake Air Temperature
  (IAT) Sensor

**Fuel Metering**
Manifold Abs
  (MAP) ser
Camshaft Pos

**Evaporative**
Fuel Filler Ca
Vapor Storag
Fuel Filler Pi
Purge Contro

**Positive Cra**
PCV Calibra

**Air Intake S**
Air Pre-Heat
Intake Manif
Turbocharge
TC Wastegat
Charge Air C

*\* Covered by th*

deral - U.S.
mbia

mance Warranties for two
ines/models, components,
he Long Term Defect and
occurs first.

**continued**
**SFI) \***

lve
ure

HO2S)

**Fuel Metering System - continued**
**Manifold Absolute Pressure**
   (MAP) sensor
**Camshaft Position (CMP) Sensor**

**Evaporative Emission System**
**Fuel Filler Cap**
Vapor Storage Canister
**Fuel Filler Pipe**
Purge Control Valve

**Positive Crankcase Ventilation**
**PCV Calibrated Orifice**

**Air Intake System**
**Air Pre-Heating System**
Intake Manifold
**Turbocharger (TC) Assembly**
TC Wastegate Actuator
**Charge Air Cooler (CAC)**

**Secondary Air System**
**Pulsed/Secondary Air**
   Injection (P/AIR)

**Catalyst System**
**Three-way Catalytic \***
   Converter (TWC)
**Exhaust Manifold**
Exhaust Pipe (Manifold
   **to TWC)**

**Miscellaneous items used in above systems**
Hoses, clamps, fittings, tubing, sealing gaskets or
devices, pulleys, belts and mounting hardware and
electronic controls (all models)

\*  *Covered by the Long Term Defect and Performance Warranty for eight (8) years or 80,900 miles/130,000 kilometers, whichever occurs first.*

Warranty Information

# Retailer Certification (For ID Only) - U.S.

## Ref: Title 40, Code of Federal Regulations, Section 85.2108

Your authorized Volvo retailer certifies that this Volvo vehicle conforms to all applicable emission standards of the U.S. Environmental Protection Agency. This certification is based on:

1. The retailer's knowledge that the vehicle is covered by an EPA Certificate of Conformity.

2. A visual inspection of the vehicle, including the engine, to assure that all emission-related components have been properly installed; and

3. The retailer's performance of all emission-related preparation required by the manufacturer prior to the sale of the vehicle.

If this vehicle fails an EPA-approved emission test prior to the expiration of three (3) months or 4,000 miles (whichever occurs first) from the date or mileage at the time of delivery of the vehicle to the ultimate purchaser, and the vehicle has been maintained and used in accordance with the written instructions for proper maintenance and use, then Volvo shall remedy the non-conformity under the Emission Performance Warranty.

Warranty Information

36   Emission Warranties

# Emissio

## Californi
## Emission
## Statemen

## Your Wa
## Obligatio

The California
of North Ame
emission con
Volvo passeng
chusetts, new
and equipped
standards. Vo
system on you

**:108**

proved emission test
(3) months or 4,000
rom the date or mile-
ie vehicle to the ulti-
: has been maintained
e written instructions
se, then Volvo shall
der the Emission Per-

# Emission Warranties - California and Massachusetts

## California and Massachusetts Emission Control Warranty Statement

## Your Warranty Rights and Obligations

The California Air Resources Board and Volvo Cars of North America, Inc. are pleased to explain the emission control system warranty on your 1997 Volvo passenger vehicle. In California and Massachusetts, new motor vehicles must be designed, built and equipped to meet the state's stringent anti-smog standards. Volvo must warrant the emission control system on your passenger vehicle for the periods of

time listed on the next page, provided there has been no abuse, neglect or improper maintenance of your car.

Your emission control system may include parts such as the fuel-injection system, the ignition system, catalytic converter, and engine computer. Also included may be hoses, belts, connectors and other emission-related assemblies.

Where a warrantable condition exists, Volvo Cars of North America, Inc. will repair your passenger vehicle at no cost to you including diagnosis, parts and labor.

Warranty Information

**Warranty Information**

## Manufacturer's Warranty Coverage

**For three (3) years or 50,000 miles, whichever first occurs:**

If your vehicle fails a Smog Check inspection, all necessary repairs and adjustments will be made by Volvo to ensure that your vehicle passes the inspection. This is your emission control system PERFORMANCE WARRANTY.

If any emission-related part on your vehicle is defective, the part will be repaired or replaced by Volvo. This is your short-term emission control system DEFECTS WARRANTY.

**For seven (7) years or 70,000 miles, whichever first occurs:**

If an emission-related part listed in this warranty booklet, specially noted with coverage for seven (7) years or 70,000 miles, is defective, the part will be repaired or replaced by Volvo. This is your long-term emission control system DEFECTS WARRANTY.

## Owner's

As the vehicl... formance of... Owner's Ma... mends that y... nance on you... solely for th... ensure the pe...

You are resp... Volvo retaile... ranty repair... amount of ti...

38   *Emission Warranties - California and Massachusetts*

)0 miles, whichever

rt listed in this war-
ited with coverage for
0 miles, is defective,
or replaced by Volvo.
iission control system
.

## Owner's Warranty Responsibilities

As the vehicle owner, you are responsible for the per-
formance of the required maintenance listed in your
Owner's Manual and this booklet.  Volvo recom-
mends that you retain all receipts covering mainte-
nance on your car, but Volvo cannot deny warranty
solely for the lack of receipts or for your failure to
ensure the performance of all scheduled maintenance.

You are responsible for presenting your vehicle to a
Volvo retailer as soon as a problem exists.  The war-
ranty repairs should be completed in a reasonable
amount of time, not to exceed thirty (30) days.

As the vehicle owner, you should also be aware that
Volvo may deny you warranty coverage if your ve-
hicle or a part has failed due to abuse, neglect, im-
proper maintenance or unapproved modifications.

If you have any questions regarding your warranty
rights and responsibilities, you should contact Volvo
Cars of North America, Inc., Customer Service De-
partment, Rockleigh, NJ 07647 (at 1-800-458-1552)
or the California Air Resources Board at 9528 Telstar
Avenue, El Monte, CA  91731, or the Massachusetts
Department of Environmental Protection at 1 Winter
Street, Boston, MA  02108.

Warranty Information

# Volvo's Emission System Warranty
## States of California and Massachusetts Only

Warranty Information

Volvo Cars Of North America, Inc.* (Volvo) warrants that your 1997 model year Volvo passenger vehicle was designed, built and equipped to conform to applicable California or Massachusetts emission standards as specified under the Health and Safety Code 43205.

This warranty covers repairs resulting from any defect in material or workmanship which would cause any part installed on this vehicle which affects any regulated emissions to not meet these requirements or would cause the vehicle to fail to pass a Smog Check test during the applicable warranty period.

## Warranty Coverage

The warranty period begins on the date the vehicle is delivered to the first retail purchaser or the initial date the vehicle is put into service, whichever occurs first. The emission warranty is transferable to subsequent owners.

The vehicle must be maintained and operated under normal use in accordance with Volvo's written instructions for proper maintenance and use, which are detailed in the Owner's Manual and in this booklet. Items and conditions listed under "What Is Not Warranted" are excluded, if any of these conditions exist.

*Volvo Cars of North America, Inc., is sometimes referred to in this booklet as "Volvo". All such references to "Volvo" are intended to refer to Volvo Cars of North America, Inc.

No implied warranty of merchantability or fitness for a particular purpose shall apply except during the applicable periods of this warranty. Some states do not allow limitations on how long an implied warranty lasts, so the above limitations may not apply to you.

Volvo will re_
forming a rep_

The emission_
the use of gen_
however, bec_
tenance, are r_

## Where T_

This warrant_
originally sol_
certified for s_
fornia and M_

## Repairs

The emission_
passenger ca_
genuine Vol_
conformity v_
sion control _

According to _

**Only**

**age**

...s on the date the vehicle is ...purchaser or the initial date ...ice, whichever occurs first. ...transferable to subsequent

...tained and operated under ...e with Volvo's written in- ...ntenance and use, which are ...Manual and in this booklet. ...d under "What Is Not War- ...ny of these conditions exist.

*...ntability or fitness for a particular* *...g the applicable periods of this war-* *...limitations on how long an implied* *...tations may not apply to you.*

Volvo will repair, adjust, or replace a part when performing a repair under the warranty.

The emission warranty is not conditionally based on the use of genuine Volvo parts. Failures which occur, however, because of abuse or lack of required maintenance, are not eligible for coverage.

## Where The Warranty Applies

This warranty applies to 1997 model year vehicles originally sold by Volvo Cars of North America, Inc., certified for sale and registered in the states of California and Massachusetts.

## Repairs and Service

The emission control system of your new 1997 Volvo passenger car was designed, built and tested using genuine Volvo parts, and the car is certified to be in conformity with California and Massachusetts emission control requirements.

According to Federal regulations, you are eligible for additional emissions warranty coverage for up to eight (8) years or 80,000 miles, whichever first occurs for certain specific major emission components. The Federal emissions warranty starts on the date the vehicle is sold to the first retail purchaser or put into service, whichever occurs first. California, Massachusetts and Federal Warranty coverages are concurrent.

## Servicing

It is recommended that any replacement parts used for maintenance, repair or replacement of emission control systems be genuine Volvo parts or genuine Volvo remanufactured parts. **The owner may elect to have maintenance, replacement, or repair of the emission control devices and systems performed by any automotive repair establishment or individual. He/she may also elect to use parts other than genuine Volvo parts or genuine Volvo remanufactured parts for such maintenance, replacement, or repair without invalidating this warranty.** The cost of such service parts, however, will not be covered under the warranty except in an emergency. (See Retailer Service.)

Warranty Information

Warranty Information

## Parts

Replacement parts which are not equivalent to Volvo quality may impair the effectiveness of emission control systems. If other than genuine Volvo parts or genuine Volvo remanufactured parts are used for maintenance, replacement or repair of components affecting emissions, the owner should obtain assurances that such parts are warranted by their manufacturer to be equivalent to genuine Volvo Cars of North America, Inc. parts in performance and durability.

Volvo assumes no liability under this warranty for parts other than genuine Volvo parts or genuine Volvo remanufactured parts. The use of non-Volvo replacement parts, however, does not invalidate the warranty on other components unless non-Volvo parts cause damage to those warranted parts or systems.

## Retailer Service

Repairs, adjustments, and service covered by this warranty will be performed by any authorized Volvo retailer at his place of business. There will be no charge for parts or labor (including diagnosis) when genuine Volvo parts or genuine Volvo remanufactured parts are used for any part of the emission control system or for any part which may affect emissions covered by this warranty.

If an emergency occurs and an authorized Volvo retailer is not reasonably available, repairs may be performed at any available service establishment or by any individual, using any replacement part. When a warranted part is not available within thirty (30) days or the repair cannot be completed within thirty (30) days, repairs may be performed at any available service establishment or by any individual, using any replacement part.

Volvo will reim
(including diag
ranty. The expe
gested retail pri
labor charges, l
allowance for t
cally appropria
and paid invoic
ership as a cond
repairs not perf

Failure to notif
deny a Performa
days from the ti
repair shall res
responsible for
the vehicle own
the vehicle own
the vehicle ma

ce covered by this war-
 any authorized Volvo
ess. There will be no
uding diagnosis) when
uine Volvo remanu-
y part of the emission
which may affect emis-
y.

l an authorized Volvo
ailable, repairs may be
vice establishment or by
lacement part. When a
e within thirty (30) days
oleted within thirty (30)
ed at any available ser-
individual, using any re-

Volvo will reimburse the owner for emergency repairs (including diagnosis) that are covered under this warranty. The expenses, however, cannot exceed our suggested retail price for all warranted parts replaced and labor charges, based on Volvo's recommended time allowance for the warranty repair and the geographically appropriate hourly labor rate. Replaced parts and paid invoices must be presented at a Volvo dealership as a condition of reimbursement for emergency repairs not performed by a Volvo retailer.

Failure to notify the owner of a decision to honor or deny a Performance Warranty Claim within thirty (30) days from the time the vehicle is initially presented for repair shall result in the vehicle manufacturer being responsible for repairing the vehicle without charge to the vehicle owner, unless such failure is attributable to the vehicle owner or to events beyond the control of the vehicle manufacturer or the repair facility.

You are advised to have all recommended maintenance or repairs on your new 1997 Volvo vehicle performed. Volvo will not deny a warranty claim solely because you have no record of maintenance; however, we may deny a warranty claim if your failure to perform required maintenance resulted in the failure of a warranted part.

Receipts and/or maintenance records covering the performance of regular maintenance should, therefore, be retained in the event questions arise concerning maintenance. The receipts and records should be transferred to each subsequent owner of this car.

Warranty Information

## California and Massachusetts Inspection Program

The following provisions apply to vehicles which fail to pass the California or Massachusetts Smog Check. Should your vehicle fail the inspection during the warranty period, you may choose to have the vehicle repaired at any authorized Volvo retailer. The authorized Volvo dealer will make the necessary repairs within the three (3) year/50,000-mile period so that the vehicle will pass the inspection. After three (3) years/50,000 miles, but before a period of use of seven (7) years/70,000 miles, the authorized Volvo dealer will repair or replace only those parts listed on page 47. After seven (7) years/70,000 miles, but before a period of use of eight (8) years/80,000 miles, the authorized Volvo retailer will cover only the catalytic converter, electronic control unit and on-board diagnostic device. Volvo will pay for the repair unless the failure was caused by abuse, neglect, improper maintenance, or the use of leaded fuel or fuels not recommended in your Owner's Manual or this booklet.

If the failure is covered under this warranty, Volvo shall be liable for diagnostic and repair expenses. If the failure is caused by a combination of warrantable and non-warrantable conditions, the owner shall not be liable for the portion of diagnostic and repair costs relating to the warrantable condition. If the failure is caused by a non-warrantable condition, the vehicle owner shall be liable for all diagnostic and repair expenses, but not to exceed the maximum permissible under the inspection program. The owner may choose to have the vehicle repaired at a facility other than a Volvo retailer; however, if a warrantable condition is found, the owner must bring the vehicle to an authorized Volvo retailer to have the repairs completed at no cost for parts, labor, and diagnosis. Volvo will not reimburse the owner for diagnostic costs incurred at the unauthorized service facility except in the case of an emergency.

## What Is No

1. Normal mai
   page 12 of th

2. Malfunctions
   proper adju
   dealer durin
   tion, alterati
   system parts

3. Damage res
   ture, or even

4. The use of f
   do not meet
   set forth in t
   and 57 of th

5. Repairs on v
   mileage can

...der this warranty, Volvo
...ic and repair expenses. If
...ombination of warrantable
...itions, the owner shall not
...diagnostic and repair costs
...condition. If the failure is
...ble condition, the vehicle
...ll diagnostic and repair ex-
...the maximum permissible
...am. The owner may choose
...ed at a facility other than a
...f a warrantable condition is
...ing the vehicle to an author-
...e the repairs completed at no
...diagnosis. Volvo will not re-
...agnostic costs incurred at the
...ility except in the case of an

## What Is Not Warranted

1. Normal maintenance services as specified on page 12 of this booklet.

2. Malfunctions in any part caused by misuse, improper adjustments (by other than a Volvo dealer during warranty repair work), modification, alteration, tampering or disconnection of system parts.

3. Damage resulting from accidents, acts of nature, or events beyond the control of Volvo.

4. The use of fuel and/or oil or other fluids which do not meet the Volvo-approved standards as set forth in the Owner's Manual and on page 56 and 57 of this booklet.

5. Repairs on vehicles for which the true odometer mileage cannot be readily determined.

6. Parts other than genuine Volvo replacement or remanufactured parts used for maintenance, repair or replacement affecting components of the emission control system.

7. Any loss of time, inconvenience, loss of vehicle use or commercial loss.

Warranty Information

*Emission Warranties - California and Massachusetts*    45

## Limitations and Disclaimers - California and Massachusetts

Warranty Information

**Volvo's written warranty is exclusive and in lieu of all warranties, whether oral or written, expressed or implied.**

*No implied warranty of merchantability or fitness for a particular purpose shall apply except during the applicable periods of this warranty.*

**Volvo does not authorize any individual or corporation to create for it any obligation, liability or other warranty in connection with this vehicle.**

**Volvo's liability, if any, for product(s) furnished under this warranty shall in no event exceed the cost of correcting defects in the product(s) as herein provided and upon the expiration of this warranty, any such liability shall terminate.**

Note:
This warranty gives you specific legal rights and you may also have other rights. **California and Massachusetts may not allow limitations on how long an implied warranty lasts, so the above limitations may not apply to you.** California and Massachusetts may not allow the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

## Emission

The component
System Warrant

46     *Emission Warranties - California and Massachusetts*

*ssachusetts*

r product(s) furnished
in no event exceed the
s in the product(s) as
i the expiration of this
y shall terminate.

cific legal rights and you
**California and Massa-**
iitations on how long an
o the above limitations
fornia and Massachusetts
i or limitation of inciden-
s, so the above limitations
y to you.

# Emission Parts List - California and Massachusetts

The components listed in the chart below are covered under the California and Massachusetts Emission System Warranty for warrantable repairs up to seven (7) years or 70,000 miles, whichever occurs first.

| Parts | Comments |
|---|---|
| Intake Manifold | All |
| **Exhaust Manifold** | **All** |
| Three-Way Catalytic Converter (TWC) | All |
| **Motronic Engine Control Module (ECM)** | **All** |
| Mass Air Flow (MAF) Sensor | 960 |
| **Fuel Tank** | **All** |
| Turbocharger | 850 T5, 850R, 850GLT |
| **Charge Air Cooler (CAC)** | **850 T5, 850R, 850GLT** |

Warranty Information

Warranty Information

# Overseas Operations

The warranties provided in this booklet are for 1997 Volvo passenger cars built to U.S. or Canadian specifications sold by Volvo and normally operated and registered in any of the 50 states of the U.S., the District of Columbia, or any provinces of Canada.

## Travel Outside of the U.S. and Canada

Should warranty repairs be required while you are temporarily traveling abroad, and the repairs are covered under the warranties in this booklet, but not under the 12-Month International Warranty, payment for the repairs may be required. Signed repair orders and/or bills covering the repair may be submitted to Volvo Cars of North America Customer Service Department in U.S., Volvo Canada Customer Service Department in Canada, for reimbursement after the warranted repair is completed, or to your Volvo retailer upon returning to the U.S. or Canada.

## Registration Outside of the U.S. or Canada

If you register your U.S. or Canadian specification vehicle outside of the 50 states of the U.S., the District of Columbia, or the provinces of Canada, then the 12–Month International Warranty shall only apply.

## Tourist and Diplomat Sales

U.S. and Canadian specification vehicles sold by Volvo TDS for ultimate use in the U.S. or Canada and operating abroad are covered by the 12-Month International Warranty. The warranties outlined in this booklet will be reinstated for those vehicles upon return to the U.S. or Canada.

*48    Overseas Operations*

## Name/Address

This card is provided f
address changes. This
tion is extremely impo
should Volvo need to a
of either a maintenance
change or mandatory

**Contact Preference**
I prefer to be contacted
☐ Telephone
☐ Mail
☐ Neither

I am interested in the
☐ New Products And S
☐ Promotional Offers
☐ Opinion Polls
☐ None Of The Above

If called, I prefer to be
☐ Daytime
☐ Evening
☐ Weekend

## le of the U.S.

Canadian specification
of the U.S., the District
of Canada, then the 12–
shall only apply.

## nat Sales

ation vehicles sold by
the U.S. or Canada and
by the 12–Month Inter-
ranties outlined in this
those vehicles upon re-

## Name/Address Change Card

U.S.A. Volvo Owners – Use This Form

This card is provided for name/
address changes. This informa-
tion is extremely important
should Volvo need to advise you
of either a maintenance or service
change or mandatory recall.

**Contact Preference:**
I prefer to be contacted by:
☐ Telephone
☐ Mail
☐ Neither

I am interested in the following:
☐ New Products And Services
☐ Promotional Offers
☐ Opinion Polls
☐ None Of The Above

If called, I prefer to be contacted:
☐ Daytime
☐ Evening
☐ Weekend

☐ Name Change
☐ Address Change:  ☐ Individual Move   ☐ Family Move
☐ Used Car Purchase from:  ☐ Volvo Dealer   ☐ Other Dealer   ☐ Private Sale

Effective Date
Month     Day     Year

Model     Year     Odometer Reading

Vehicle Identification Number (located left top side of dashboard)

**NEW**
First Name                                   MI   Last Name
Street Address
City                                          State     Zip Code
Home Telephone Number              Work Telephone Number

**OLD**
First Name                                   MI   Last Name
Street Address
City                                          State     Zip Code

*USA Only*

PLACE
STAMP
HERE

**VOLVO CARS OF NORTH AMERICA**
**P.O. BOX 7239**
**PORTSMOUTH, N.H. 03802-7239**

# Name/Address Change Card

Canadian Volvo Owners – Use This Form

This card is provided for name/address changes. This information is extremely important should Volvo need to advise you of either a maintenance or service change or mandatory recall.

**Contact Preference:**

I prefer to be contacted by:
☐ Telephone
☐ Mail
☐ Neither

I am interested in the following:
☐ New Products And Services
☐ Promotional Offers
☐ Opinion Polls
☐ None Of The Above

If called, I prefer to be contacted:
☐ Daytime
☐ Evening
☐ Weekend

☐ Name Change
☐ Address Change:   ☐ Individual Move   ☐ Family Move
☐ Used Car Purchase from:   ☐ Volvo Dealer   ☐ Other Dealer   ☐ Private Sale

Effective Date ____ Month ____ Day ____ Year

____ Model ____ Year ____ Odometer Reading

Vehicle Identification Number (located left top side of dashboard)

NEW

First Name ____ MI ____ Last Name
Street Address
City ____ Province ____ Postal Code
Home Telephone Number ____ Work Telephone Number

OLD

First Name ____ MI ____ Last Name
Street Address
City ____ Province ____ Postal Code

*Canada Only*

PLACE
STAMP
HERE

**ATTN  CUSTOMER SERVICE DEPARTMENT**
**VOLVO CANADA LTD.**
**175 GORDON BAKER RD.**
**NORTH YORK ONT M2H2N7**

**1997**

**Pre-D**

Your Vol
you with
emission-

The Pre-I
for your

**Oil an**
To determ
If you ro
- e
- f
- p
- t
- c

. . .then t
WHICH

If your v
filter inte
models)

PLACE
STAMP
HERE

# 1997 Service and Maintenance Requirements

## Pre-Delivery Service

Your Volvo has received a comprehensive Pre-Delivery inspection and service. Your retail facility will provide you with a copy of the Pre-Delivery form detailing this work, which includes inspection and servicing of the emission-related components.

The Pre-Delivery Service (PDS) is a key part of a comprehensive maintenance schedule developed by Volvo for your vehicle.

## Oil and Filter Change Interval

To determine the appropriate oil and filter change interval for your Volvo refer to the following:
If you routinely operate your vehicle under these conditions. . .
- extended periods of idling and/or low-speed operation
- frequent short trips (less than 7 miles = 11 km)
- periods of driving in sandy and/or dusty areas
- trailer towing
- driving in mountainous areas

. . .then the recommended oil and filter change interval is every 5,000 miles = 8,000 km or every 6 months WHICHEVER COMES FIRST. THIS SCHEDULE APPLIES TO ALL TURBO MODELS.

If your vehicle is used primarily for highway driving - trips longer than 7 miles = 11 km - the correct oil and filter interval is every 10,000 miles = 16,000 km or 12 months (5,000 miles = 8,000 km or 6 months for TURBO models) WHICHEVER COMES FIRST.

Service Information

*Service and Maintenance Requirements    53*

## Maintenance Scheduling

Maintenance intervals have usually been determined by accumulated mileage. As driving conditions and operational demands differ, these factors have a major influence on routine maintenance. For these reasons Volvo recommends that your maintenance schedule services and oil filter changes be based on a combination of time and mileage.

The MINIMUM SCHEDULED MAINTENANCE, for which you are responsible, begins at 10,000 miles/16,000 km or every 12 months whichever comes first (5,000 miles/8,000 km or every 6 months whichever comes first for TURBO models).

A maintenance Service Operations Chart, on pages 59-65, details these service requirements. They are listed by engine type with required emission related service indicated.

### Service S

Discuss your
your Volvo R
tailor a maint
ments. Your V
to-date techni
vanced trainin
an important a
systems becon

Servicing you
ience. There
ahead of time
personnel and
your Volvo re

Should you h
parts, or warra
happy to ans
additional inf
contacting Vc
tion.

**Service Information**

riving conditions and
...ce. For these reasons
...ased on a combination

...gins at 10,000 miles/
...nths whichever comes

...nents. They are listed

## Service Support

Discuss your vehicle's special servicing needs with your Volvo Retail Facility's Service Staff. They can tailor a maintenance program based on your requirements. Your Volvo Retailer has access to the latest up-to-date technical information, special tools, and advanced training for their technicians. This support is an important advantage to you, the Volvo owner, as systems become more sophisticated and intricate.

Servicing your Volvo should be done at your convenience. Therefore, plan to make your appointments ahead of time so that your dealer can schedule the right personnel and equipment to be available for the work your Volvo requires.

Should you have any questions concerning service, parts, or warranty coverage, your Volvo dealer will be happy to answer them for you. Should you require additional information, they can further assist you by contacting Volvo's Regional personnel for clarification.

Remember - you should always exercise your right to:
- Receive an estimate of costs before any repair work is performed;
- Receive prior notification of any additional repairs;
- Receive a copy of the repair order, including those for warranty repairs;
- Review repairs completed under warranty.

## Servicing

**Items you should check at regular maintenance intervals and periodically when re-fueling:**

- Engine oil level
- Coolant level
- Washer fluid
- Tire inflation pressure
- Brake and clutch system fluid levels
- Exterior lights (headlights, turn-signals, etc.)

Service Information

# Gasoline Specifications

Recommended fuel grade is premium unleaded with an octane rating (AKI) of 91 or above. AKI (Anti-Knock Index) is an average of the Research Octane Number (RON) and Motor Octane Number (MON) = (RON + MON)/2. The minimum octane rating is AKI 87 (regular).

Some unleaded gasolines are a blend of ethanol (ethyl alcohol, grain alcohol), commonly referred to as "gasohol". If you use gasohol, it must contain no more than 10% ethanol and have a rating of at least 87 octane (R+M)/2. If you experience driveability, starting, or fuel economy problems, you should discontinue using gasohol. Fuels containing up to 15% MTBE (Methyl Tertiary Butyl Ether) may also be used.

**Important:**
**Do not use gasolines containing methanol (methyl alcohol). Vehicle performance may be affected through deterioration and damage to critical parts** of the fuel system. Such damage may not be covered under the warranties.

The fuel you use plays a major role on how your engine will function. With the many variants of fuel available, it is important that deposit control fuels be used to reduce the risk of intake valve carbon deposit build-up and clogged fuel injectors. Deposits can restrict fuel and air flow into the engine and may lead to poor driveability.

**Note:** For further information, consult your Volvo retailer.

**Emission tampering and the use of leaded fuel are illegal. These actions increase air pollution and could lead to engine damage or premature failure. Additionally, the warranties may be voided should these conditions occur.**

Service Information

# Oil Speci

Your Volvo engi
based on specific
are listed below fo
be found in your O
oil additives is no



API quality rating
recommends the u
that reduce fuel co

lamage may not be
s.

ole on how your engine
variants of fuel avail-
it control fuels be used
e carbon deposit build-
Deposits can restrict
e and may lead to poor

n, consult your Volvo

use of leaded fuel are
se air pollution and
or premature failure.
may be voided should

# Oil Specifications

Your Volvo engine's efficiency has been designed based on specific grades of oil. These requirements are listed below for your information. They can also be found in your Owner's Manual. The use of engine oil additives is not recommended.



API quality rating: SH or SH/CC or SH/CD. Volvo recommends the use of energy-conserving (ECII) oils that reduce fuel consumption.

**Note:**
SAE 10W/30 is preferred as this grade meets most general driving and climatic conditions. SAE 15W/40 oil is recommended for use in severe driving conditions which involve high oil temperature or excessive oil consumption (e.g., mountain driving with frequent deceleration, or high-speed driving).

**Note: SYNTHETIC OILS** are **HIGHLY RECOMMENDED** for vehicles operating in temperature extremes (very cold or very hot climates), continuous mountain driving, trailer pulling and for turbocharged engines.

Service Information

# Turbocharger Operating Tips

In order to maximize the efficiency and operation of your vehicle, the following points should be observed:

1. Oil change and filter replacement every 5,000 miles/8,000 km, or at a time interval based on the type of driving and conditions as detailed in your Owner's Manual. **You should** maintain a record of these services (repair order receipts).

2. **Do not use engine oil additives as they may adversely affect the engine.**

3. Use correct oil specifications (minimum requirements) rating SH/CC. Volvo recommends the use of energy-conserving (ECII) oils. **Only** oil of correct viscosity rating may be used. Refer to "Oil Specifications" on page 57.

**Turbocharger Caution:**
Never race the engine **immediately after starting.** Oil flow may not reach some lubricating points fast enough to prevent turbocharger damage.

Before switching off the engine, let it operate at idle for a short time to allow the spinning of the turbocharger compressor's turbine vanes to slow. After hard driving, this idle time should last a couple of minutes, during which the vanes will slow and the compressor will cool down while still receiving oil lubrication. If the turbine vanes are spinning at high speeds when the engine is switched off, there is a great risk of heat damage and/or turbine seizure due to lack of lubrication. **Do not race the engine just prior to switching off!**

Service Information

# Main

| Service Op |
| --- |
| Engine oil |
| **Automatic** |
| Coolant le |
| **Brake flui** |
| Power stee |
| **Washer flu** |

tely after starting.
bricating points fast
lamage.

let it operate at idle
inning of the turbo-
nes to slow.  After
ild last a couple of
s will slow and the
le still receiving oil
are spinning at high
d off, there is a great
e seizure due to lack
ngine just prior to

# Maintenance Service Operations

| 850 Turbo Additional Services | | | Schedule of Services |
|---|---|---|---|
| Service Operation | miles | | 5,000 |
| | km | | 8,000 |
| Engine oil level, check/adjust | | | X |
| Automatic transmission fluid, check/adjust level | | | X |
| Coolant level, check/adjust | | | X |
| Brake fluid level, check/adjust | | | X |
| Power steering fluid level, check/adjust | | | X |
| Washer fluid level, check/adjust | | | X |

Service Information

*Maintenance Service Operations*   59

# Maintenance Service Operations

| Service Operation | Schedule of Services | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **850** miles x 1000 | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
| km x 1000 | 16 | 32 | 48 | 64 | 80 | 96 | 112 | 128 | 144 | 160 |
| months | 12 | 24 | 36 | 48 | 60 | 72 | 84 | 96 | 108 | 120 |
| **Controls and Lighting** | | | | | | | | | | |
| Exterior lighting controls, check | X | X | X | X | X | X | X | X | X | X |
| Windshield wiper/washer, check/adjust | X | X | X | X | X | X | X | X | X | X |
| Washer fluid level, check/adjust | X | X | X | X | X | X | X | X | X | X |
| Headlamp wiper/washer, check/adjust | X | X | X | X | X | X | X | X | X | X |
| **Body** | | | | | | | | | | |
| Power antenna, clean/lubricate (sedans)* | | | | | | | | | | |
| Doors, hood, trunk, sunroof, lubricate hinges, latches, sliding parts | X | X | X | X | X | X | X | X | X | X |
| **Brake System** | | | | | | | | | | |
| Brake fluid level, check/adjust | X | X | X | X | X | X | X | X | X | X |
| Brake fluid, replace** | | | | | | | | | | |
| Parking brake, check/adjust | X | X | X | X | X | X | X | X | X | X |
| Brake pads, check | X | X | X | X | X | X | X | X | X | X |
| Brake hoses, check for damage/leaks | | | | | | X | X | X | X | X |
| **Wheels and Tires** | | | | | | | | | | |
| Tires, check pressure | X | X | X | X | X | X | X | X | X | X |
| Tires, rotate | X | X | X | X | X | X | X | X | X | X |

\* Recommended at every service.

\*\* Recommended to replace every two years (in mountainous areas or moist climates - every one year) at owner's request.

---

# Mainte

| Service Operation |
|---|
| **Power steering** |
| Steering/front su |
| **Link arm stops,** |
| Rear suspension |
| Shift control, au |
| **Transmission, c** |
| Automatic trans |
| **Drive shaft join** |
| Drive shaft join |
| Engine, check fo |
| **PCV, inspect** |
| Engine oil and f |
| Brake/fuel lines |
| **Fuel filter, repl** |

\* Turbo mod
Non Turbo

| es | | | | |
|---|---|---|---|---|
| 60 | 70 | 80 | 90 | 100 |
| 96 | 112 | 128 | 144 | 160 |
| 72 | 84 | 96 | 108 | 120 |
| X | X | X | X | X |
| X | X | X | X | X |
| X | X | X | X | X |
| X | X | X | X | X |
| X | X | X | X | X |
| X | X | X | X | X |
| X | X | X | X | X |
| X | X | X | X | X |
| X | X | X | X | X |
| X | X | X | X | X |

y one year) at

# Maintenance Service Operations

| Service Operation | | Schedule of Services | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **850** | miles x 1000 | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
| | km x 1000 | 16 | 32 | 48 | 64 | 80 | 96 | 112 | 128 | 144 | 160 |
| | months | 12 | 24 | 36 | 48 | 60 | 72 | 84 | 96 | 108 | 120 |
| **Steering, Front and Rear Suspension** | | | | | | | | | | | |
| Power steering fluid level, check/adjust | | X | X | X | X | X | X | X | X | X | X |
| Steering/front suspension, check | | | | | | | X | X | X | X | X |
| Link arm stops, grease | | X | X | X | X | X | X | X | X | X | X |
| Rear suspension, check for wear | | | | | | | X | X | X | X | X |
| **Transmission, Driveshaft and Differential** | | | | | | | | | | | |
| Shift control, automatic transmission, check/adjust | | X | X | X | X | X | X | X | X | X | X |
| Transmission, check for leaks | | X | X | X | X | X | X | X | X | X | X |
| Automatic transmission fluid level, check/adjust | | X | X | X | X | X | X | X | X | X | X |
| Drive shaft joints, check for wear/play | | | | | | | X | X | X | X | X |
| Drive shaft joints, check boots for cracks/leaks | | X | X | X | X | X | X | X | X | X | X |
| **Engine** | | | | | | | | | | | |
| Engine, check for leaks | | X | X | X | X | X | X | X | X | X | X |
| PCV, inspect flame guard, clean nipple and hoses | | | | | | | X | | | | X |
| Engine oil and filter, replace* | | X | X | X | X | X | X | X | X | X | X |
| Service Reminder Indicator (SRI), reset* | | X | X | X | X | X | X | X | X | X | X |
| Brake/fuel lines, check for damage/leaks | | | | | | | X | X | X | X | X |
| Fuel filter, replace | | | | | | | | | | | X |

*   Turbo models:  every 5,000 miles/8,000 kilometers.
    Non Turbo models see pages 53 and 54.

Service Information

# Maintenance Service Operations

| Service Operation 850 | miles x 1000 | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | km x 1000 | 16 | 32 | 48 | 64 | 80 | 96 | 112 | 128 | 144 | 160 |
| | months | 12 | 24 | 36 | 48 | 60 | 72 | 84 | 96 | 108 | 120 |
| Exhaust system, check condition/leaks/suspension | | | | | | | X | X | X | X | X |
| Air filter cartridge, replace (includes control module box filter) | | | | X | | | X | | | X | |
| Spark plugs, replace | | | | X | | | X | | | X | |
| Coolant level, check/adjust | | X | X | X | X | X | X | X | X | X | X |
| Battery, check charge, fluid level and mounting | | X | X | X | X | X | X | X | X | X | X |
| Auxiliaries drive belt, replace | | | | | | | X | | | | |
| Timing belt, replace* | | | | | | | | X | | | |
| EGR system, clean | | | | | | | | | | | X |

\* Recommended for proper functioning of the vehicle and its emission control systems.

For continued service after 100,000 miles/160,000 kilometers, consult your authorized Volvo retailer.

# Main...

| Service Op... |
|---|
| Exterior ligh... |
| Windshield... |
| Washer flui... |
| Power anten... |
| Doors, hoo... |
| Brake fluid... |
| Brake fluid... |
| Parking bra... |
| Brake pads... |
| Brake hoses... |
| Tires, check... |
| Tires, rotate... |

\* Recom...
\*\* Recom...
owner's...

Service Information

| 60 | 70 | 80 | 90 | 100 |
|----|----|----|----|-----|
| 96 | 112 | 128 | 144 | 160 |
| 72 | 84 | 96 | 108 | 120 |
| X | X | X | X | X |
| X | | | X | |
| X | | | X | |
| X | X | X | X | X |
| X | X | X | X | X |
| X | | | | |
| | X | | | |
| | | | | X |

ailer.

# Maintenance Service Operations

| Service Operation | Schedule of Services | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **960** | miles x 1000 | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
| | km x 1000 | 16 | 32 | 48 | 64 | 80 | 96 | 112 | 128 | 144 | 160 |
| | months | 12 | 24 | 36 | 48 | 60 | 72 | 84 | 96 | 108 | 120 |
| **Controls and Lighting** | | | | | | | | | | | |
| Exterior lighting controls, check | | X | X | X | X | X | X | X | X | X | X |
| Windshield wiper/washer, check/adjust | | X | X | X | X | X | X | X | X | X | X |
| Washer fluid level, check/adjust | | X | X | X | X | X | X | X | X | X | X |
| **Body** | | | | | | | | | | | |
| Power antenna, clean/lubricate (sedans)* | | X | X | X | X | X | X | X | X | X | X |
| Doors, hood, trunk, sunroof; lubricate hinges, latches, sliding parts | | X | X | X | X | X | X | X | X | X | X |
| **Brake System** | | | | | | | | | | | |
| Brake fluid level, check/adjust | | X | X | X | X | X | X | X | X | X | X |
| Brake fluid, replace** | | X | X | X | X | X | X | X | X | X | X |
| Parking brake, check/adjust | | X | X | X | X | X | X | X | X | X | X |
| Brake pads, check | | | | | X | X | X | X | X | X | X |
| Brake hoses, check for damage/leaks | | | | | X | X | X | X | X | X | X |
| **Wheels and Tires** | | | | | | | | | | | |
| Tires, check pressure | | X | X | X | X | X | X | X | X | X | X |
| Tires, rotate | | X | X | X | X | X | X | X | X | X | X |

\* Recommended at every service.
\*\* Recommended to replace every two years (in mountainous areas or moist climates - every one year) at
   owner's request.

*Maintenance Service Operations    63*

# Maintenance Service Operations

| Service Operation **960** | miles x 1000 | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | km x 1000 | 16 | 32 | 48 | 64 | 80 | 96 | 112 | 128 | 144 | 160 |
| | months | 12 | 24 | 36 | 48 | 60 | 72 | 84 | 96 | 108 | 120 |
| **Steering, Front and Rear Suspension** | | | | | | | | | | | |
| Power steering fluid level, check/adjust | | X | X | X | X | X | X | X | X | X | X |
| Steering/front suspension, retorque | | X | | | | | | | | | |
| Steering/front suspension, check | | | | | X | X | X | X | X | X | X |
| Rear suspension, retorque | | X | | | | | | | | | |
| Rear suspension, check | | | | | X | X | X | X | X | X | X |
| **Transmission, Driveshaft and Differential** | | | | | | | | | | | |
| Shift control, automatic transmission, check/adjust | | X | X | X | X | X | X | X | X | X | X |
| Transmission, check for leaks | | X | X | X | X | X | X | X | X | X | X |
| Automatic transmission, check for leaks/fluid level | | X | X | X | X | X | X | X | X | X | X |
| Rear axle, check for leaks/fluid level | | X | X | X | X | X | X | X | X | X | X |
| **Engine** | | | | | | | | | | | |
| Engine, check for leaks | | X | X | X | | X | | X | X | | X |
| PCV, inspect flame guard, clean nipple and hoses | | | | | | | X | | | | X |
| Engine oil and filter, replace* | | X | X | X | X | X | X | X | X | X | X |
| Service Reminder Indicator (SRI), reset | | X | X | X | X | X | X | X | X | X | X |

\* See pages 53 and 54, oil and filter change interval.

# Maintenance Service Operations

| Service Operation | Schedule of Services | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **960** | miles x 1000 | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 |
| | km x 1000 | 16 | 32 | 48 | 64 | 80 | 96 | 112 | 128 | 144 | 160 |
| | months | 12 | 24 | 36 | 48 | 60 | 72 | 84 | 96 | 108 | 120 |
| Brake/fuel lines, check for damage/leaks | | | | | X | X | X | X | X | X | X |
| Fuel filter, replace | | | | | | | | | | | X |
| Exhaust system, check condition/leaks/suspension | | | | | X | X | X | X | X | X | X |
| Air filter cartridge, replace | | | | X | | | X | | | X | |
| Spark plugs, replace | | | | X | | | X | | | | |
| Propeller shaft, support bearings, u-joints, check for wear | | | | | X | X | X | X | X | X | X |
| Coolant level, check/adjust | | X | X | X | X | X | X | X | X | X | X |
| Battery, check fluid level and mounting | | X | X | X | X | X | X | X | X | X | X |
| Battery, charge, check | | X | X | X | | X | X | X | | X | |
| Auxiliaries drive belts, check/adjust tension | | | | X | | | X | | | | |
| Auxiliaries drive belt, replace | | | | | | | X | | | | |
| Timing belt, replace** | | | | | | | | | X | | |

**Recommended for proper functioning of the vehicle and its emission control systems.

For continued service after 100,000 miles/160,000 kilometers, consult your authorized Volvo Retailer.

Service Information

# Maintenance/Service
# Interval Records

## A Word About Your Service Records

The following pages contain the service interval records section. After each service is performed, your authorized Volvo retailer will validate the appropriate record section by entering the date serviced, mileage, representative signature, and the retailer stamp.

It is your responsibility, and extremely important for you to retain documentation of all service or warranty repairs to your Volvo (including work performed by you as well as by non-authorized repair facility), in the event that questions regarding warranty coverage arise. These records must be transferred to subsequent owners.

Service Information

# Service Maintenance Record

| **Engine Oil and Filter Change** | **Maintenance Service** | **Engine Oil and Filter Change** |
|---|---|---|
| 5,000 miles/8,000 km or 6 months, whichever occurs first*. | 10,000 miles/16,000 km or 12 months, whichever occurs first. | 15,000 miles/24,000 km or 18 months, whichever occurs first*. |
| CULLIGAN INC. JIM CULLIGAN INC. BOX 9005 8129 ... SVILLE ... 905 WIL ... SVILLE ... 905 | WILLIAMSVILLE, NY 14231-9005 8129 MAIN ST, PO BOX 9005 JIM CULLIGAN INC. | JIM CULLIGAN INC. 8129 MAIN ST., PO BOX 9005 WILLIAMSVILLE, NY 14231-9005 |
| Date 10-6-97   Mileage 5998 Retailer Authorized Signature: | Date 2-23-98   Mileage 10232 Retailer Authorized Signature: | Date 10/14/98   Mileage 14970 Retailer Authorized Signature: David |

| **Maintenance Service** | **Engine Oil and Filter Change** | **Maintenance Service** |
|---|---|---|
| 20,000 miles/32,000 km or 12 months, whichever occurs first. | 25,000 miles/40,000 km or 30 months, whichever occurs first*. | 30,000 miles/48,000 km or 36 months, whichever occurs first. |
| JIM CULLIGAN INC. 8129 MAIN ST, PO BOX 9005 WILLIAMSVILLE, NY 14231-9005 Retailer Stamp | Retailer Stamp | JIM CULLIGAN INC. 8129 MAIN ST., PO BOX 9005 WILLIAMSVILLE, NY 14231-9005 Retailer Stamp |
|  Date 1/25/99   Mileage 16573 Retailer Authorized Signature: | Date _____   Mileage: _____ Retailer Authorized Signature: _____ | Date 2-23-00   Mileage 25738 Retailer Authorized Signature: |

*Required on turbo models. See pages 53 and 54 for non turbo models.   *Service Records*   67

## Service Maintenance Record

**Engine Oil and Filter Change**
35,000 miles/56,000 km or 42 months, whichever occurs first*.

Retailer Stamp

Date _____ Mileage: _____
Retailer Authorized
Signature: _____

**Maintenance Service**
40,000 miles/64,000 km or 48 months, whichever occurs first.

Retailer Stamp

Date _____ Mileage: _____
Retailer Authorized
Signature: _____

**Engine Oil and Filter Change**
45,000 miles/72,000 km or 54 months, whichever occurs first*.

Retailer Stamp

Date _____ Mileage: _____
Retailer Authorized
Signature: _____

**Maintenance Service**
50,000 miles/80,000 km or 60 months, whichever occurs first.

Retailer Stamp

Date _____ Mileage: _____
Retailer Authorized
Signature: _____

**Engine Oil and Filter Change**
55,000 miles/88,000 km or 66 months, whichever occurs first*.

Retailer Stamp

Date _____ Mileage: _____
Retailer Authorized
Signature: _____

**Maintenance Service**
60,000 miles/96,000 km or 72 months, whichever occurs first.

Retailer Stamp

Date _____ Mileage: _____
Retailer Authorized
Signature: _____

Service Information

68     Service Records          *Required on turbo models. See pages 53 and 54 for non turbo models.

# Service Maintenance Record

| | | |
|---|---|---|
| **Engine Oil and Filter Change**<br>65,000 miles/104,000 km or 78 months, whichever occurs first*.<br><br>Retailer Stamp<br><br>Date _____ Mileage: _____<br>Retailer Authorized<br>Signature: _____ | **Maintenance Service**<br>70,000 miles/112,000 km or 84 months, whichever occurs first.<br><br>Retailer Stamp<br><br>Date _____ Mileage: _____<br>Retailer Authorized<br>Signature: _____ | **Engine Oil and Filter Change**<br>75,000 miles/120,000 km or 90 months, whichever occurs first*.<br><br>Retailer Stamp<br><br>Date _____ Mileage: _____<br>Retailer Authorized<br>Signature: _____ |
| **Maintenance Service**<br>80,000 miles/128,000 km or 96 months, whichever occurs first.<br><br>Retailer Stamp<br><br>Date _____ Mileage: _____<br>Retailer Authorized<br>Signature: _____ | **Engine Oil and Filter Change**<br>85,000 miles/136,000 km or 102 months, whichever occurs first*.<br><br>Retailer Stamp<br><br>Date _____ Mileage: _____<br>Retailer Authorized<br>Signature: _____ | **Maintenance Service**<br>90,000 miles/144,000 km or 108 months, whichever occurs first.<br><br>Retailer Stamp<br><br>Date _____ Mileage: _____<br>Retailer Authorized<br>Signature: _____ |

Service Information

*Required on turbo models. See pages 53 and 54 for non turbo models.    *Service Records*    69

## Service Maintenance Record

**Service**

| **Engine Oil and Filter Change** | **Maintenance Service** | **Engine Oil and Filter Change** |
|---|---|---|
| 95,000 miles/152,000 km or 114 months, whichever occurs first*. | 100,000 miles/160,000 km or 120 months, whichever occurs first. | 105,000 miles/168,000 km or 126 months, whichever occurs first*. |
| Retailer Stamp | Retailer Stamp | Retailer Stamp |
| Date _____ Mileage: _____ Retailer Authorized Signature: _____ | Date _____ Mileage: _____ Retailer Authorized Signature: _____ | Date _____ Mileage: _____ Retailer Authorized Signature: _____ |

**Engine Oi**
125,000 m
months, w

Date _____
Retailer Auth
Signature: __

**Service Information**

| **Maintenance Service** | **Engine Oil and Filter Change** | **Maintenance Service** |
|---|---|---|
| 110,000 miles/176,000 km or 132 months, whichever occurs first. | 115,000 miles/184,000 km or 138 months, whichever occurs first*. | 120,000 miles/192,000 km or 144 months, whichever occurs first. |
| Retailer Stamp | Retailer Stamp | Retailer Stamp |
| Date _____ Mileage: _____ Retailer Authorized Signature: _____ | Date _____ Mileage: _____ Retailer Authorized Signature: _____ | Date _____ Mileage: _____ Retailer Authorized Signature: _____ |

**Mainten**
140,000 m
months, w

Date _____
Retailer Auth
Signature: __

70   *Service Records*          *Required on turbo models. See pages 53 and 54 for non turbo models.

# Service Maintenance Record

Change
km or 126
rs first*.

_____
_____

**Engine Oil and Filter Change**
125,000 miles/200,000 km or 150
months, whichever occurs first*.

Retailer Stamp

Date _____ Mileage: _____
Retailer Authorized
Signature: _____

**Maintenance Service**
130,000 miles/208,000 km or 156
months, whichever occurs first.

Retailer Stamp

Date _____ Mileage: _____
Retailer Authorized
Signature: _____

**Engine Oil and Filter Change**
135,000 miles/216,000 km or 162
months, whichever occurs first*.

Retailer Stamp

Date _____ Mileage: _____
Retailer Authorized
Signature: _____

km or 144
urs first.

_____
_____

**Maintenance Service**
140,000 miles/224,000 km or 168
months, whichever occurs first.

Retailer Stamp

Date _____ Mileage: _____
Retailer Authorized
Signature: _____

**Engine Oil and Filter Change**
145,000 miles/232,000 km or 174
months, whichever occurs first*.

Retailer Stamp

Date _____ Mileage: _____
Retailer Authorized
Signature: _____

**Maintenance Service**
150,000 miles/240,000 km or 180
months, whichever occurs first.

Retailer Stamp

Date _____ Mileage: _____
Retailer Authorized
Signature: _____

Service Information

*Required on turbo models. See pages 53 and 54 for non turbo models.    *Service Records    71*

## Brake Fluid Changes

| 2nd Year | 6th Year |
|---|---|
| Retailer Stamp | Retailer Stamp |
| Date serviced        Odometer reading | Date serviced        Odometer reading |
| Service Manager's Signature | Service Manager's Signature |
| **4th Year** | **8th Year** |
| Retailer Stamp | Retailer Stamp |
| Date serviced        Odometer reading | Date serviced        Odometer reading |
| Service Manager's Signature | Service Manager's Signature |

Service Information

72    *Brake Fluid Changes*

## Speed...

Should it be n...
be recorded in...
this record.)

| Date | |
|---|---|
| | |
| | |
| | |

# Speedometer/Odometer Replacement

Should it be necessary to have a speedometer/odometer replaced, information regarding this replacement must be recorded in the space provided on this page. (In some states/provinces, legislation has been passed requiring this record.)

| | Speedometer/Odometer Replacement Record | | |
|---|---|---|---|
| Date | Odometer reading at the time of replacement | Retailer code | Retailer signature |
| | | | |
| | | | |
| | | | |

# Volvo Technical Literature (Manuals and Bulletins)

Technical Manuals for your Volvo are available for **purchase.** These are the same used by competent **Volvo** technicians. Each major system in the car is covered by individual manuals. They are grouped into ten sections and placed into a binder system. Manuals and binders may be obtained separately or in sets.

Major sections within the Volvo binder system include:

> 0–General Information
> 1–Service and Maintenance
> 2–Engine
> 3–Electrical System and Instruments
> 4–Power Transmission
> 5–Brakes
> 6–Suspension and Steering
> 7–Frame, Springs, Shock Absorbers and Wheels
> 8–Body
> 9–Accessories and Other Equipment.

An Aftermarket Product Information Catalog request card is located in your Owner's wallet. You can use this card or you may call 1-800-25-VOLVO (86586) to order a current catalog .

Volvo supports **Voluntary Mechanic Certification** by the A.S.E. Certified mechanics have demonstrated a high degree of competence in specific areas.

Besides passing exams, each mechanic must also have worked in the field for two or more years before a certificate is issued.

These professional mechanics are fully able to analyze vehicle problems and perform the necessary service procedures to keep your Volvo at peak operating condition.

**ASE CERTIFIED**

*Service Information*

Bulletins)

ic Certification by
/e demonstrated a
fic areas.

chanic must also
more years before

fully



## Volvo Genuine Parts...Keep Your Volvo a Volvo

Regardless of where you service your Volvo, make sure Volvo Genuine Parts are used to assure the safety and high quality of your car.

From oil filters to replacement lamps, from complete assemblies to useful accessories, all Volvo Genuine Parts are rigorously tested to ensure the reliability and durability you have come to expect from Volvo products.

You won't have to worry about compromising the special safety features originally built into your Volvo when you insist on using only Volvo Genuine Parts for all service, maintenance, and repairs performed on your car.

Volvo Genuine Parts are available at authorized Volvo retailers located throughout North America. Experienced and knowledgeable people will help you be certain that your Volvo remains a Volvo.



Nothing can replace them.

**MAINTENANCE RECORDS**
This booklet should always be kept
in your car along with all receipts
and the customer copy of repair
orders covering all service and
repairs performed on your vehicle.
These service records may be
required as reference for future
warranty work.

All service and repair records should
be transferred to subsequent owners.

**Instructions to Retailer:**   Type all Information.

| Part Number | Description |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**ACCESSORY IDENTIFICATION**
Accessories Installed At Time Of Delivery

Dealer's Name

City          State/Province          Zip/Postal Code

Owner's Name

Address

Vehicle Identification Number          Delivery/Retail Date

**OWNER INFORMATION**

# VOLVO

**Volvo Cars of North America, Inc. • Rockleigh, N.J.**
**Volvo Canada Ltd. • North York, Ont.**

1997 Warranty and Service Records Information
©Volvo Cars of North America, Inc.

WTY 570.06.96  90M
Printed in USA.  Ken Cook Co.