# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANA WEBB, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>VOLVO CARS OF N.A., LLC,<br>VOLVO CAR CORPORATION, and<br>VOLVO CARS OF N.A., INC.,<br><br>　　　　　Defendants. | Civil Action No. 13-CV-2394-MMB |

## DEFENDANTS' ADDITIONAL EXHIBIT 99-1 EXHIBIT

Defendant, Volvo Cars of North America, LLC ("VCNA"), improperly also named as Volvo Cars of N.A., Inc., and Volvo Car Corporation ("VCC") (collectively "Volvo"), at the request of the Court, attaches hereto a more readable copy of Motion to Dismiss Exhibit "1" (two different versions attached).

Dated:  February 16, 2018　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By: */s/ Peter W. Herzog III*
　　　　　　　　　　　　　　　　　　Peter W. Herzog III (pro hac vice)
　　　　　　　　　　　　　　　　　　Wheeler Trigg O'Donnell LLP
　　　　　　　　　　　　　　　　　　211 North Broadway, Suite 2825
　　　　　　　　　　　　　　　　　　St. Louis, MO 63102
　　　　　　　　　　　　　　　　　　Phone: (314) 326-4129
　　　　　　　　　　　　　　　　　　Fax: (303) 244-1879
　　　　　　　　　　　　　　　　　　pherzog@wtotrial.com

Richard B. Wickersham, Jr.
POST & SCHELL, P.C.
Four Penn Center, 13th Floor
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103
Phone: (215) 587-6612
Fax: (215) 320-4875
rwickersham@postschell.com

Attorneys for Defendants,
Volvo Cars of North America, LLC
and Volvo Car Corporation

### Certificate of Service

I, Peter W. Herzog III, certify that the foregoing was electronically filed on February 16, 2018 using the Court's CM/EMF system, and was thereby served upon all registered users in this case.

By: */s/ Richard B. Wickersham, Jr.*

# COMMONWEALTH OF PENNSYLVANIA

## CERTIFICATE OF TITLE FOR A VEHICLE

[illegible]

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE OF VEHICLE | TITLE NUMBER |
|---|---|---|---|
| [illegible] | [illegible] | VOLVO | [illegible] |

| BODY TYPE | DUP | SEAT CAP | PRIOR TITLE STATE | COMM. PROCD. DATE | ODOM. MILES | ODOMETER STATUS |
|---|---|---|---|---|---|---|
| SDN | D | | | 12/31/08 | 157079 | 0 |

| DATE PA TITLED | DATE OF ISSUE | UNLADEN WEIGHT | GVWR | GCWR | TITLE BRANDS |
|---|---|---|---|---|---|
| 12/31/08 | 12/31/08 | | | | |

**ODOMETER STATUS**
0 = ACTUAL MILEAGE
1 = MILEAGE EXCEEDS THE MECHANICAL LIMITS
2 = NOT THE ACTUAL MILEAGE
3 = NOT THE ACTUAL MILEAGE-ODOMETER TAMPERING VERIFIED
4 = EXEMPT FROM ODOMETER DISCLOSURE

**TITLE BRANDS**
A = ANTIQUE VEHICLE
C = CLASSIC VEHICLE
D = COLLECTIBLE VEHICLE
F = OUT OF COUNTRY
G = ORIGINALLY MFGD. FOR NON-U.S. DISTRIBUTION
H = AGRICULTURAL VEHICLE
L = LOGGING VEHICLE
P = IS/WAS A POLICE VEHICLE
R = RECONSTRUCTED
S = STREET ROD
T = RECOVERED THEFT VEHICLE
V = VEHICLE CONTAINS REISSUED VIN
W = FLOOD VEHICLE
X = IS/WAS A TAXI

REGISTERED OWNER(S)
CAROL E & JOHN M
CHRZANOWSKI
2962 RICHMOND ST
PHILADELPHIA PA 19134

FIRST LIEN FAVOR OF:

SECOND LIEN FAVOR OF:

If a second lienholder is listed upon satisfaction of the first lien, the first lienholder must forward this Title to the Bureau of Motor Vehicles with the appropriate form and fee.

FIRST LIEN RELEASED ________ DATE ________
BY ________ AUTHORIZED REPRESENTATIVE

SECOND LIEN RELEASED ________ DATE ________
BY ________ AUTHORIZED REPRESENTATIVE

MAILING ADDRESS
090279
CAROL E & JOHN M
CHRZANOWSKI
2962 RICHMOND ST
PHILADELPHIA PA 19134

DEFENDANT'S EXHIBIT
WEBB 35
7-23-12
ALL-STATE LEGAL®

I certify as of the date of issue, the official records of the Pennsylvania Department of Transportation reflect that the person(s) or company named herein is the lawful owner of the said vehicle.

ALLEN D BIEHLER

**D. APPLICATION FOR TITLE AND LIEN INFORMATION**

SUBSCRIBED AND SWORN TO BEFORE ME:
DAY ________
SIGNATURE OF PERSON ADMINISTERING OATH

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires July 29, 2011
Member, Pennsylvania Association of Notaries

SEAL

If a co-purchaser other than your spouse is listed and you want the title to be listed as "Joint Tenants With Right of Survivorship" (On death of one owner, title goes to surviving owner.) CHECK HERE ☐. Otherwise, the title will be issued as "Tenants in Common" (On death of one owner, interest of deceased owner goes to his/her heirs or estate).

IF NO LIEN, CHECK ☐ IS THIS AN ELT? (IF YES, FIN REQUIRED) YES ☐ NO ☐
1ST LIENHOLDER FINANCIAL INSTITUTION NUMBER
1ST LIENHOLDER NAME
STREET
CITY STATE ZIP

IF NO 2ND LIEN, CHECK ☐ IS THIS AN ELT? (IF YES, FIN REQUIRED) YES ☐ NO ☐
2ND LIENHOLDER FINANCIAL INSTITUTION NUMBER
2ND LIENHOLDER NAME
STREET
CITY STATE ZIP

[illegible]

X Ana Cristina Soares
Ana Cristina Soares
PRINTED NAME OF AUTHORIZED SIGNER

STORE IN A SAFE PLACE · IF LOST APPLY FOR A DUPLICATE · ANY ALTERATION OR ERASURE VOIDS THIS TITLE

THE LIBERTY BELL WATERMARK

40557465

B4

01/30/2012 15:03 717 PAGE 05/08

(TYPE OR PRINT) Certificate of Title must be submitted within 20 days, unless the purchaser is a registered dealer holding the vehicle for resale.

**WARNING** - FEDERAL AND STATE LAWS REQUIRE THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES OR IMPRISONMENT.

**A. ASSIGNMENT OF TITLE**

PURCHASER OR FULL BUSINESS NAME: Soares Ana Cristina
STREET ADDRESS: 3929 [illegible]
CITY: Phila
STATE: PA  ZIP: 19137
PURCHASE PRICE OR D/N: [illegible]

Signatures: Ana Cristina Soares / Cristina Soares

Notary stamp: COMMONWEALTH OF PENNSYLVANIA, Notary Public, City of Philadelphia, Philadelphia County, My Commission Expires July 20, 2011, Member, Pennsylvania Association of Notaries

**B. RE-ASSIGNMENT OF TITLE BY REGISTERED DEALER** (blank)

**RE-ASSIGNMENT OF TITLE BY REGISTERED DEALER** (blank)

**RE-ASSIGNMENT OF TITLE BY REGISTERED DEALER** (blank)

MAY 04 2009

**C.** ☐ CHECK HERE IF APPLICATION FOR DEALER TITLE AND COMPLETE SECTION D, TITLING FEES $ _____

BV

# COMMONWEALTH OF PENNSYLVANIA
## CERTIFICATE OF TITLE FOR A VEHICLE

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE OF VEHICLE | VIN NUMBER |
|---|---|---|---|
| YV1LS5072F1481 | 1985 | VOLVO | |

| BODY TYPE | CYL | BODY CAT | PRIOR TITLE STATE | ODOM. PROCD. DATE | ODOM MILES | ODOM STATUS |
|---|---|---|---|---|---|---|
| SDN | D | | | 12/31/08 | 157870 | 0 |

| DATE PA TITLED | DATE OF ISSUE | UNLADEN WEIGHT | GVWR | GCWR | TITLE BRANDS |
|---|---|---|---|---|---|
| 12/31/08 | 12/31/08 | | | | |

**ODOMETER STATUS**
0 = ACTUAL MILEAGE
1 = MILEAGE EXCEEDS THE MECHANICAL LIMITS
2 = NOT THE ACTUAL MILEAGE
3 = NOT THE ACTUAL MILEAGE-ODOMETER TAMPERING VERIFIED
4 = EXEMPT FROM ODOMETER DISCLOSURE

**TITLE BRANDS**
A = ANTIQUE VEHICLE
C = CLASSIC VEHICLE
D = COLLECTIBLE VEHICLE
F = OUT OF COUNTRY
G = ORIGINALLY USED FOR NON-U.S. DISTRIBUTION
H = AGRICULTURAL VEHICLE
L = LOGGING VEHICLE
P = WAS A POLICE VEHICLE
R = RECONSTRUCTED
S = STREET ROD
T = RECOVERED THEFT VEHICLE
V = VEHICLE CONTAINS REISSUED VIN
W = FLOOD VEHICLE
X = WAS A TAXI

**REGISTERED OWNER(S)**
CAROL E & JOHN R
CHRZANOUSKI
2962 RICHMOND ST
PHILADELPHIA PA 19134

**FIRST LIEN FAVOR OF:**

**SECOND LIEN FAVOR OF:**

If a second lienholder is listed upon satisfaction of the first lien, the first lienholder must forward this Title to the Bureau of Motor Vehicles with the appropriate form and fee.

FIRST LIEN RELEASED _____ DATE _____
BY _____ AUTHORIZED REPRESENTATIVE

SECOND LIEN RELEASED _____ DATE _____
BY _____ AUTHORIZED REPRESENTATIVE

**MAILING ADDRESS**
090277
CAROL E & JOHN R
CHRZANOUSKI
2962 RICHMOND ST
PHILADELPHIA PA 19134

I certify as of the date of issue, the official records of the Pennsylvania Department of Transportation reflect that the person(s) or company named herein is the lawful owner of the said vehicle.

**ALLEN D BIEHLER**

## D. APPLICATION FOR TITLE AND LIEN INFORMATION

SUBSCRIBED AND SWORN TO BEFORE ME:

If a co-purchaser other than your spouse is listed and you want the title to be listed as "Joint Tenants With Right of Survivorship" (On death of one owner, title goes to surviving owner.) CHECK HERE ☐. Otherwise, the title will be issued as "Tenants in Common" (On death of one owner, interest of deceased owner goes to his/her heirs or estate).

IF NO LIEN, CHECK ☐ IS THIS AN ELT? (IF YES, FIN REQUIRED) YES ☐ NO ☐

1ST LIENHOLDER FINANCIAL INSTITUTION NUMBER:
1ST LIENHOLDER NAME:
STREET
CITY STATE ZIP

IF NO 2ND LIEN, CHECK ☐ IS THIS AN ELT? (IF YES, FIN REQUIRED) YES ☐ NO ☐
2ND LIENHOLDER FINANCIAL INSTITUTION NUMBER:
2ND LIENHOLDER NAME
STREET
CITY STATE ZIP

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Ana Cristina Soares, Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires July 29, 2011
Member, Pennsylvania Association of Notaries

X Ana Cristina Soares
Ana Cristina Soares

STORE IN A SAFE PLACE - IF LOST APPLY FOR A DUPLICATE - ANY ALTERATION OR ERASURE VOIDS THIS TITLE

4055746S

B4

(TYPE OR PRINT) Certificate of Title must be submitted within 20 days, unless the purchaser is a registered dealer holding the vehicle for resale.

**WARNING** – FEDERAL AND STATE LAWS REQUIRE THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES OR IMPRISONMENT.

### A. ASSIGNMENT OF TITLE

Purchaser: Soares, Ana Cristina

Signed, notary stamp: Commonwealth of Pennsylvania, City of Philadelphia, Philadelphia County

Purchase price / DN: 10,137

Signatures: Ana Cristina Soares; Cristiano Soares

### B. RE-ASSIGNMENT OF TITLE BY REGISTERED DEALER
(blank)

### RE-ASSIGNMENT OF TITLE BY REGISTERED DEALER
(blank)

### RE-ASSIGNMENT OF TITLE BY REGISTERED DEALER

MAY 04 2009

### C. CHECK HERE IF APPLICATION FOR DEALER TITLE AND COMPLETE SECTION D, TITLING FEES $ ____

MV-4 (5/08)

**MV-3 (8-08)**
Commonwealth of Pennsylvania
PA Department of Transportation
Bureau of Motor Vehicles
Harrisburg, PA 17104-2516

## MOTOR VEHICLE VERIFICATION OF FAIR MARKET VALUE BY THE ISSUING AGENT

090345

This form is used in conjunction with Forms MV-1, MV-4ST, MV-217A and an on-line processing Applicant Summary Statement.

FOR DEPARTMENT USE ONLY

TYPE OR PRINT ALL INFORMATION AS REQUESTED

**A | VEHICLE DESCRIPTION**
- Model Year: 1997
- Make of Vehicle: Volvo
- Model: (blank)
- Body Type: SUV
- VIN: YV1LS0540V1396648
- Odometer Reading: 159,000 (No Tenths) ☒
- Purchase Price: (redacted)

**B | AGENT VERIFICATION OF FAIR MARKET VALUE** – Check (✓) the appropriate block:
☒ I certify that the average Fair Market Value for the vehicle described above is _____ as verified by the current edition of a PennDOT approved publication.
Name of Publication: Black Book
☐ This vehicle or the fair market value for this vehicle was not listed in a current edition of a PennDOT approved publication in my possession.

Signature of Authorized Agent: [signature]
Agent Number: 13-2313
Date: 5/1/09

**C | PURCHASER INFORMATION**
Last Name (or Full Business Name): Sosa
First Name: Ana
Middle Name: Cristina
PA DL/Photo ID#: (redacted)
Date of Birth: (redacted)
Co-Purchaser: (blank)

**D | PURCHASER/SELLER EXPLANATION**

Explanation: Bad motor

**E | SEAL AND SIGNATURE OF SELLER** - NOT REQUIRED FOR VEHICLES PURCHASED OUT-OF-STATE
Subscribed and sworn to before me: Month ___ Day ___ Year 9
[Notary seal: Commonwealth of Pennsylvania Notarial Seal]
DO NOT NOTARIZE UNLESS SIGNED BY THE SELLER IN PRESENCE OF NOTARY
Signature of Seller: [signature]
Signature of Co-Seller: [signature]
Telephone Number: ( )

**F | SEAL AND SIGNATURE OF PURCHASER**
Subscribed and sworn to before me: Month ___ Day ___ Year 9
[Notary seal: Commonwealth of Pennsylvania]
DO NOT NOTARIZE UNLESS SIGNED BY THE PURCHASER IN PRESENCE OF NOTARY
Signature of Purchaser: Ana Agustina Sosa
Signature of Co-Purchaser:
Telephone Number: ( )

THIS FORM MAY BE PHOTOCOPIED

Messenger No. _____

MAY 04 2009

090345

B4