# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ANA WEBB, et al., | CIVIL ACTION |
| --- | --- |
| v. | NO. 13-cv-02394 |
| VOLVO CARS OF N.A., LLC, et al. | |

## ORDER

**AND NOW**, this 26th day of March, 2018, for the reasons stated in the accompanying Memorandum, Defendants' Motion to Dismiss the Second Amended Complaint (ECF 98) is GRANTED with prejudice. The Clerk shall close this case.

**BY THE COURT:**

**/s/ Michael M. Baylson**

**MICHAEL M. BAYLSON, U.S.D.J.**